IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN C. DAILEY<br>5236 Nebraska Avenue, N.W.<br>Washington, D.C. 20015<br>301-718-1900<br><br>   Plaintiff,<br><br>v.<br><br>SUNGAH PARK,<br>5055 Collins Avenue<br>Apt. 6C<br>Miami, FL 33140<br><br>and<br><br>AYAL FACTOR,<br>5055 Collins Avenue<br>Apt. 6C<br>Miami, FL 33140<br><br>   Defendants. | Case No. _____ |

### NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA:

  Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Sungah Park and Ayal Factor (collectively "Defendants"), by and through their undersigned counsel, hereby give notice of removal of this action from the District of Columbia Superior Court, Washington, D.C., to the United States District Court for the District of Columbia. In Support of this Notice of Removal, the Defendants aver as follows:

LAW OFFICES
GREENSTEIN DELORME & LUCHS, P.C.
1620 L STREET, N.W.
SUITE 900
WASHINGTON, D.C. 20036-5605
AREA CODE 202-452-1400

1. On September 16, 2005, the Plaintiff, Jonathan C. Dailey, commenced this action by filing a Complaint against the Defendants with the District of Columbia Superior Court, Civil Division, which is docketed as case number 2005-CA-007586-B. In the Complaint, the Plaintiff alleges various claims and seeks an award of compensatory damages of $400,000 and other relief against the Defendants. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendants in this action are attached as Exhibit A.

2. On September 19, 2005, the Defendants were served by hand with a copy of an Initial Order, Summons and Complaint at 5055 Collins Avenue, Apt. 6C, Miami, Florida 33140, by a private process server. Thus, this Notice is timely pursuant to 28 U.S.C. § 1446(b).

4. Original jurisdiction of this action in the United States District Court for the District of Columbia is proper pursuant to 28 USC § 1332(a)(1), and this action is removable to this Court pursuant to 28 USC § 1441(a), for the following reasons:

    a. According to the Complaint, Plaintiff is a resident of the District of Columbia. Thus, he is a citizen of the District of Columbia.

    b. The Defendants are residents of the State of Florida. Thus, they are citizens of the State of Florida.

    c. There is complete diversity of citizenship between adverse parties in this action.

    d. According to the Complaint, the amount in controversy exceeds $75,000 (exclusive of interest and costs).

5. In accordance with 28 U.S.C. § 1446(d), Defendants will promptly file a certified copy of this Notice of Removal with the District of Columbia Superior Court and will serve a copy of this Notice of Removal upon the Plaintiff.

6.   Defendants reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, notice is given that this action is removed from the District of Columbia Superior Court to the United States District Court for the District of Columbia.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: October 11, 2005

Richard W. Luchs, 243931
James D. Sadowski, 446635
Joshua M. Greenberg, 489323
1620 L Street, N.W. - Suite 900
Washington, DC 20036-5605
Telephone: (202) 452-1400

Counsel for Defendants
Sungah Park and Ayal Factor

272422v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal was sent by first class mail postage prepaid and by hand delivery, this 11th day of October, 2005 on the following person:

> Jonathan C. Dailey, Esq.
> 3 Bethesda Metro Center
> Suite 530
> Bethesda, MD  20814
> *Plaintiff - Pro Se*

Joshua M. Greenberg

272422v1