IN THE DISTRICT OF COLUMBIA SUPERIOR COURT
Civil Division

| | |
|---|---|
| JONATHAN C. DAILEY, | : |
| Plaintiff, | : |
| v. | : |
| SUNGAH PARK, | : Case No.:  05-CA-007586 |
| and | : Judge Natalia M. Combs Greene |
| AYAL FACTOR, | : |
| Defendants. | : |

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the Defendants, Sungah Park and Ayal Factor, have filed a Notice of Removal with the United States District Court for the District of Columbia. A certified copy of the Notice of Removal is attached as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), the D.C. Superior Court shall proceed no further unless and until the case is remanded by the U.S. District Court for the District of Columbia.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: October 11, 2005

Richard W. Luchs, 243931
James D. Sadowski, 446635
Joshua M. Greenberg, 489323
1620 L Street, N.W.
Suite 900
Washington, DC 20036-5605
Telephone: (202) 452-1400

Counsel for Defendants
Sungah Park and Ayal Factor

272425v1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing of Notice of Removal was sent via first class mail, postage prepaid, and via hand delivery, this _11_ day of October, 2005, to the following person:

        Jonathan C. Dailey, Esq.
        3 Bethesda Metro Center
        Suite 530
        Bethesda, MD 20814
        *Plaintiff Pro Se*

        Joshua M. Greenberg