IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN C. DAILEY, | : | |
| Plaintiff, | : | |
| v. | : | |
| SUNGAH PARK, | : | Case No.: 1:05-CV-02012 |
| and | : | Judge Ricardo M. Urbina |
| AYAL FACTOR, | : | |
| Defendants. | : | |

## JOINT RULE 16.3 REPORT AND JOINT RULE 26(F) DISCOVERY PLAN

Pursuant to the Court's Standing Order for Civil Cases of October 17, 2005 and Local Rule 16.3(c) and (d), Counsel for the Defendants, Sungah Park and Ayal Factor, met with the Plaintiff, Jonathan C. Dailey, pro se, on November 14, 2005 and conferred with respect to the matters set forth in the Order, in Rule 26(f), and in Local Rule 16.3(c), and have agreed on a discovery plan for this case and as to other matters as set forth below:

### PRELIMINARY STATEMENT

This case is about a dispute under a Repurchase Option Contract ("Contract") involving a residential condominium unit located at 1080 Wisconsin Avenue, N.W., Unit 2006, Washington, D.C. (the "Property"). The Plaintiff has asserted various claims related to the contract. Defendant Park currently owns the Property. Plaintiff currently resides in the Property. Defendant Factor is Ms. Park's husband. Defendant Park has filed a counterclaim against Plaintiff for rent claimed to be due. The Court's jurisdiction is based upon diversity of citizenship and the doctrine of pendent jurisdiction.

## MATTERS DISCUSSED AT CONFERENCE

1.      <u>Whether the Case is Likely to Be Disposed of By Dispositive Motion</u>.  No dispositive motions have been filed.  The parties disagree as to whether the case may be disposed of by dispositive motion (Defendants believe several counts may be dismissed by way of motion; Plaintiff disagrees), but agree that discovery should not await a decision on any dispositive motion.

2.      <u>Date for Joinder and Amendment of Pleadings; Narrowing of Issues</u>.  The Plaintiff indicated that he may join World Savings as an additional Defendant under claims of negligence and/or tortuous interference with contract.  The parties agree that Defendant Park may amend her counterclaim (by consent motion) to include a claim for possession of the Property.

3.      <u>Whether the Case Should be Assigned to a Magistrate Judge</u>.  The parties agree that this case should not be assigned to a magistrate judge.

4.      <u>Possibility of Settlement</u>.  The parties have already exchanged verbal settlement offers and will continue to explore settlement negotiations.

5.      <u>ADR Procedures</u>.  The parties agree that ADR (mediation or neutral case evaluation) would be appropriate but not until after an initial round of written discovery (interrogatories, requests for production, and request for admission) is completed.

6.      <u>Dispositive Motion Schedule</u>.  The parties do not agree that dispositive motions will decide the case or will narrow the issues.  The parties will request that the dispositive motions deadline be not earlier than thirty (30) days after the close of discovery (circa May 12, 2006).

7.    <u>Initial Disclosures</u>.  The parties will not dispense with initial pretrial disclosures. The parties will exchange initial disclosures pursuant to Rule 26(a) (1) (A), (B), (C), and (D) on or before December 14, 2005.

8.    <u>Anticipated Extent of Discovery, Length, Limits</u>.  Each side anticipates sending at least one set of written discovery requests (interrogatories, request for production, and requests for admissions).  The Plaintiff anticipates taking four depositions (Sungah Park, Ayal Factor, Craig Tinsky, and a representative of World Savings).  Plaintiff has agreed to take the depositions of the Defendants near their home in Florida.  The Defendants anticipate taking the Plaintiff's deposition and possibly a few (two – three) more depending upon what written discovery reveals.  The parties request that the deadline for written discovery requests be March 1, 2006 with the completion of all discovery by April 12, 2006.  The parties agree that service of written discovery may be made by electronic mail ("e-mail"), but that e-mails sent after 5:30 p.m. will be considered to have been served on the next calendar day that is not a weekend or holiday.

9.    <u>Expert Disclosures</u>.  There will be no pretrial expert witness disclosures under Rule 26 (a)(3)(A), (B) and (C) because the Plaintiff does not believe that expert testimony will be offered with respect to either his claims or his defense to any counterclaim and Defendant Park does not believe that expert testimony will be offered as to any counterclaim.  Rule 26(a)(2) expert disclosures, if any, will be made by the proponent of a claim on or before February 1, 2006, with counter-expert disclosures, if any, to be made by March 1, 2006.

10.    <u>Class Actions</u>.  Inapplicable to this case.

11.    <u>Bifurcation of Trial</u>.  The parties agree that the trial should not be bifurcated.

3

12.    The Date for the Pretrial Conference.  The parties suggest that the pretrial conference should take place thirty (30) days after the date that dispositive motions are decided; however, Defendants' lead counsel will be out of the country from June 5, 2005 to July 7, 2006 so the pretrial conference should be set either before or after that time frame.

13.    Scheduling of Trial Date.  The parties agree that the trial date should not be selected until the Pretrial Conference.

14.    Other Matters.  The Defendants will be submitting, either with partial consent or as a contested motion, a Motion for Entry of a Protective Order.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: December 12, 2005

Richard W. Luchs, 243931
James D. Sadowski, 446635
Joshua M. Greenberg, 489323
1620 L Street, N.W.
Suite 900
Washington, DC 20036-5605
Telephone: (202) 452-1400

*Counsel for Defendants*
*Sungah Park and Ayal Factor*

Jonathan C. Darley
5236 Nebraska Avenue, N.W.
Washington, D.C.  20015
(301) 718-1900
*Pro se*

4

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: December ____, 2005

_____

Richard W. Luchs, 243931
James D. Sadowski, 446635
Joshua M. Greenberg, 489323
1620 L Street, N.W.
Suite 900
Washington, DC 20036-5605
Telephone: (202) 452-1400

*Counsel for Defendants
Sungah Park and Ayal Factor*

_____
Jonathan C. Dailey
5236 Nebraska Avenue, N.W.
Washington, D.C. 20015
(301) 718-1900
*Pro se*

4

## CERTIFICATE  OF  SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Joint Rule 16.3

Report And Rule 26(F) Discovery Plan was filed electronically with the Court and was sent via

first class mail, postage prepaid, this 12th day of December, 2005 to the following person:

> Jonathan C. Dailey, Esq.
> 3 Bethesda Metro Center
> Suite 530
> Bethesda, MD  20814
> *Pro Se Plaintiff*

James D. Sadowski

276618v13

5