IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN C. DAILEY,<br><br>*Plaintiff*,<br><br>v.<br><br>SUNGAH PARK,<br><br>and<br><br>AYAL FACTOR,<br><br>*Defendants*. | Case No.: 1:05-CV-02012<br>Judge Ricardo M. Urbina |

### **RULE 16(B) SCHEDULING ORDER**

This matter was before the Court for a Scheduling Conference on January 9, 2006. Upon consideration of the representations made by the Plaintiff and by Defendants' counsel at the Rule 16(b) Conference, the Court makes the following findings:

1. The proposed Joint Rule 26(f) Discovery Plan is approved and shall control discovery to the extent of its application unless modified by the Court.

2. The parties exchanged initial disclosures pursuant to Rule 26(a) (1) (A), (B), (C), and (D) on or before December 14, 2005.

3. The deadlines for service of written discovery requests will be March 1, 2006 with the completion of all discovery by April 12, 2006.

4. Depositions are not limited to one day of seven hours.

5. There will be no pretrial expert witness disclosures under Rule 26 (a)(3)(A), (B) and (C). Rule 26(a)(2) expert disclosures, if any, will be made by the proponent of a claim on or before February 1, 2006, with counter-expert disclosures, if any, to be made by March 1, 2006.

LAW OFFICES
GREENSTEIN DELORME & LUCHS, P.C.
1620 L STREET, N. W.
SUITE 900
WASHINGTON, D.C. 20036-5605
AREA CODE 202-452-1400

6. Any motion to amend the pleadings or to join a party shall be made as soon as possible after counsel becomes aware of the grounds for the motion. The Plaintiff consents to Defendant Park's motion to amend her Counterclaim to include a claim for possession of the Property at issue in this litigation.

7. The parties shall participate in ADR (mediation or neutral case evaluation), but not until service of responses to the initial round of written discovery requests has been completed.

8. The parties will file dispositive motions by May 12, 2006.

9. The Pretrial Conference will take place on _____, 2006 and the trial date will be selected at the Pretrial Conference.

SO ORDERED this _____ day of January, 2006.

_____
Judge Ricardo M. Urbina

COPIES TO:

Jonathan C. Dailey, Esq.
3 Bethesda Metro Center
Suite 530
Bethesda, MD 20814
*Pro Se Plaintiff*

James D. Sadowski, Esq.
Joshua M. Greenberg, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W. - Suite 900
Washington, DC 20036-5605
*Counsel for Defendants
Sungah Park and Ayal Factor*

277951v1

2