IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN C. DAILEY,<br><br>  Plaintiff,<br><br>v.<br><br>SUNGAH PARK,<br><br>and<br><br>AYAL FACTOR,<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Case No.: 1:05-CV-02012<br>: Judge Ricardo M. Urbina<br>:<br>:<br>:<br>:<br>:<br>: |

### REPLY TO COUNTER-CLAIM

  Plaintiff, Jonathan C. Dailey, replies to Defendant Park's Counterclaim as follows:

1.  As to paragraphs 1 through 3, admitted.

2.  As to paragraph 4, denied.

3.  As to paragraph 5, denied.

4.  As to paragraph 6, upon information and belief, neither party signed the contract.

5.  As to paragraph 7, Plaintiff admits that he paid rent during the time when the apartment was habitable and mistakenly paid rent during the time when the apartment was uninhabitable.

6.  As to paragraph 8, denied.

7.  As to paragraph 9, denied.

8.  As to paragraph 10, denied.

9.  As to paragraph 11, the document speaks for itself.

10. As to paragraph 12, admitted in part and denied in part; Plaintiff was not required to make payments when the apartment was uninhabitable.

11. As to paragraph 13, it is denied that Plaintiff was required to exercise the repurchase option.

12. As to paragraph 14, denied.

13. As to paragraph 15, it is admitted that a letter stating generally as described was received.

14. As to paragraph 16, it is denied as phrased.

15. As to paragraph 17, denied.

16. As to paragraph 18, no response is required.

17. As to paragraph 19, it is denied as phrased.

18. As to paragraph 20, denied.

19. As to paragraph 21, denied.

20. As to paragraph 22, denied.

## FIRST DEFENSE

The counterclaim fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

The Defendant is estopped from asserting the claims alleged in the Counter-Claim

## THIRD DEFENSE

The Defendant's claims are barred by the doctrine of unclean hands

## FOURTH DEFENSE

The Defendant's claims are barred by the Statute of Frauds.

FIFTHDEFENSE

The Defendant's claims are barred by her failure to perform under the terms of the contract.

SIX DEFENSE

The Defendant's claims are barred by a failure of consideration.

SEVENTH DEFENSE

The Defendant's claims are barred by failure to abide by the DC Home Loan Protection Act.

EIGHTH DEFENSE

The Defendant's claims are barred by Defendant's violation of the Unlawful Trade Practice.

NINTH DEFENSE

The Defendant's claims are barred by the doctrine of promissory estoppel.

TENTH DEFENSE

The Defendant's claims are barred by a breach of a fiduciary duty.

ELEVENTH DEFENSE

The Defendant's claims are barred by the doctrine of unjust enrichment.

                                        Respectfully submitted,

                                        JONATHAN C. DAILEY, *pro se*

Dated: December 14, 2005                        _____,
                                                        1080 Wisconsin Avenue, NW
                                                        Unit 2006
                                                       Washington, DC 20007
                                                       Telephone: (202) 337-1251