IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN C. DAILEY,                    :
        Plaintiff,                        :
                                          :
v.                                     :
                                          :
SUNGAH PARK,                           :    Case No.: 1:05-CV-02012
                                          :    Judge Ricardo M. Urbina
and                                    :
                                          :
AYAL FACTOR,                           :
        Defendants.                       :

## CONSENT MOTION FOR ENTRY OF A PROTECTIVE ORDER

The Plaintiff and the Defendant jointly move this Court to enter a protective order providing that the Plaintiff shall make monthly protective order payments into the Court Registry by electronic funds transfer. In support of this Consent Motion, the parties state as follows:

### BRIEF FACTUAL BACKGROUND

This case is about a dispute under a Repurchase Option Contract ("Contract") involving a residential condominium unit located at 1080 Wisconsin Avenue, N.W., Unit 2006, Washington, D.C. (the "Property"). The Plaintiff sold the Property to Defendant Park in August of 2003. The Contract allowed the Plaintiff to repurchase the Property from Defendant Park provided that certain conditions were met. During the period that the Plaintiff was allowed to repurchase the Property, the Contract stated that Plaintiff had to make monthly payments of rent to Defendant Park.

In the summer of this year, a dispute arose regarding whether the Plaintiff had met the conditions required for repurchase. Defendant Park took the position that Plaintiff's payments

were not timely and that, as a result, his repurchase option was void and could not be exercised. Plaintiff disputes that contention and believes that notwithstanding his rent payment history, he was still entitled to repurchase the Property.

What is not disputed is that since this case has been pending, Plaintiff has not made any rent payments to Defendant Park yet Defendant Park is still paying the carrying costs for the Property under a mortgage on the Property. Plaintiff and Defendants' counsel discussed this issue both before and after the meet and confer session on November 14, 2005, and, as a result, Plaintiff has agreed to make monthly protective order payments of $1,500 into the Court Registry effective as of December 1, 2005 by electronic funds transfer.

## ESTABLISHMENT OF PROTECTIVE ORDER

It is well established in this jurisdiction that the Court may enter a protective order in a case involving a dispute over ownership and possession of property. A protective order is designed to "to avoid placing one party at a severe disadvantage during [a] period of litigation." See Bell v. Tsintolas Realty Co., 430 F.2d 474, 482 (D.C. Cir. 1970). Plaintiff contacted the Clerk's office and was advised that the Clerk will allow payments by electronic funds transfer if the Court issues an order to that effect. Plaintiff desires to make protective order payments by electronic funds transfer and Defendants do not object to that request.

The Plaintiff and the Defendants each reserve his/her/their rights in the litigation. This Consent Motion will not have any evidentiary value at trial, nor will it constitute an admission on the part of any party as to the entitlement to the payment of rent under the Contract. The sole purpose of this Consent Motion is for the establishment of a Protective Order. Either side may seek a change in the amount of the Protective Order.

WHEREFORE, the parties jointly request that the Court enter the attached proposed order establishing the Protective Order and requiring that Plaintiff make monthly protective order payments into the Court Registry of at least $1,500 each month while this case is pending until further order of this Court.

                                      Respectfully submitted,

                                      GREENSTEIN DELORME & LUCHS, P.C.

Dated: December 22, 2005

                                      Richard W. Luchs, 243931
                                      James D. Sadowski, 446635
                                      Joshua M. Greenberg, 489323
                                      1620 L Street, N.W.
                                      Suite 900
                                      Washington, DC 20036-5605
                                      Telephone: (202) 452-1400

                                      *Counsel for Defendants*
                                      *Sungah Park and Ayal Factor*


                                      JCD (by JS w/ permission)
                                      Jonathan C. Dailey
                                      5236 Nebraska Avenue, N.W.
                                      Washington, D.C. 20015
                                      (301) 718-1900
                                      *Pro se*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Consent Motion for Entry of a Protective Order was filed electronically with the Court and was sent via first class mail, postage prepaid, this 22nd day of December, 2005 to the following person:

>Jonathan C. Dailey, Esq.
>3 Bethesda Metro Center
>Suite 530
>Bethesda, MD 20814
>*Pro Se Plaintiff*

James D. Sadowski

276618v12