IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN C. DAILEY,<br><br>*Plaintiff*,<br><br>v.<br><br>SUNGAH PARK,<br><br>and<br><br>AYAL FACTOR,<br><br>*Defendants*. | Case No.: 1:05-CV-02012<br>Judge Ricardo M. Urbina |

## CONSENT ORDER ESTABLISHING A PROTECTIVE ORDER

This matter is before the Court on the parties Consent Motion for Entry of a Protective Order ("Consent Motion"). Upon consideration of the Consent Motion, the Court finds that good cause exists to establish a protective order and that the relief requested in the Consent Motion should be granted. Accordingly, it is hereby

ORDERED, that the Consent Motion be, and the same hereby is, GRANTED, and it is

FURTHER ORDERED, that the Plaintiff shall make protective order payments into the Court Registry of $1,500 per month on or before the fifth (5th) of each month beginning on January 5, 2006 and continuing on the fifth (5th) of each month thereafter until further order of this Court; and it is

FURTHER ORDERED, that the December 2005 protective order payment of $1,500 shall be paid by Plaintiff in arrears within seven (7) days after the date that this Order is entered; and it is

FURTHER ORDERED, that the Clerk shall permit Plaintiff to make protective order payments by wire transfer or other electronic funds transfer; and it is

FURTHER ORDERED, that if the fifth (5th) of the month falls on a weekend or holiday, or the Court is closed for any other reason on the fifth (5th) of the month, the Plaintiff shall make the applicable protective order payment into the Court Registry on the next day that the Court is open.

SO ORDERED this _____ day of _____, 200__.

_____
Judge Ricardo M. Urbina

COPIES TO:

Jonathan C. Dailey, Esq.
3 Bethesda Metro Center
Suite 530
Bethesda, MD 20814
*Pro Se Plaintiff*

James D. Sadowski, Esq.
Joshua M. Greenberg, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W. - Suite 900
Washington, DC 20036-5605
*Counsel for Defendants*
*Sungah Park and Ayal Factor*

277951v1