IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN C. DAILEY,<br><br>      Plaintiff,<br><br>v.<br><br>SUNGAH PARK,<br><br>and<br><br>AYAL FACTOR,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>: Case No.: 1:05-CV-02012<br>: Judge Ricardo M. Urbina<br>:<br>:<br>:<br>:<br>: |

**CONSENT MOTION TO POSTPONE INITIAL SCHEDULING CONFERENCE**

The Plaintiff, Jonathan C. Dailey, <u>pro se</u>, moves this Court to postpone the Initial Scheduling Conference in this case. In support of this Consent Motion, the Plaintiff states as follows:

INTRODUCTION

This case is presently scheduled for a Scheduling Conference on January 9th, 2006, at 10:30 am. This case focuses on dispute under a Repurchase Option Contract ("Contract") involving a residential condominium unit located at 1080 Wisconsin Avenue, N.W., Unit 2006, Washington, D.C. In the summer of this year, a dispute arose regarding whether the Plaintiff had met the conditions required for repurchase. Defendant Park contended Plaintiff did not meet the conditions and refused to allow the repurchase. This litigation followed.

Pursuant to the Court's Standing Order for Civil Cases of October 17, 2005 and Local Rule 16.3(c) and (d), Counsel for the Defendants, Sungah Park and Ayal Factor, met with the Plaintiff on November 14, 2005 and conferred with respect to the matters set forth in the Order,

in Rule 26(f), and in Local Rule 16.3(c), and agreed on a discovery plan for this case. An appropriate Rule 26(f) Discovery Plan was filed with the Court and the parties have exchanged their initial disclosures.

POSTPONEMENT OF SCHEDULING CONFERENCE

The Plaintiff maintains offices in Bethesda, Maryland, but is often out of town on business. In addition, the Plaintiff's schedule changes often and on January 9th, 2006, Plaintiff will be out of town in Colorado and will not return to the District of Columbia until on or about January 15th, 2006. Defendant has consented to the postponement and pursuant to the Standing Order for Civil Cases, paragraph 6, Plaintiff and Defendants' counsel have agreed on four alternative dates and times that are convenient to both parties: 1/30; 1/31; 2/1; and 2/8. Plaintiff and Defendants' counsel are available in the morning or afternoon on those dates.

WHEREFORE, the parties request that the Court enter the attached proposed order postponing the Scheduling Conference to a date convenient for the Court, Plaintiff, and Defendants' counsel.

Respectfully submitted,

JONATHAN C. DAILEY, *pro se*

Dated: December 28, 2005    _____,
3 Bethesda Metro Center, Suite 530
Bethesda, MD  20814
Washington, DC 20007
Telephone: (301) 718-1900