IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN C. DAILEY,<br><br>    *Plaintiff*,<br><br>v.<br><br>SUNGAH PARK,<br><br>and<br><br>AYAL FACTOR,<br><br>    *Defendants*. | Case No.: 1:05-CV-02012<br>Judge Ricardo M. Urbina |

**CONSENT ORDER POSTPONING INITIAL SCHEDULING CONFERENCE**

    This matter is before the Court on the parties' Consent Motion to Postpone Initial Scheduling Conference ("Consent Motion"). Upon consideration of the Consent Motion, the Court finds that good cause exists to postpone the scheduling conference and that the relief requested in the Consent Motion should be granted. Accordingly, it is hereby

    ORDERED, that the Consent Motion be, and the same hereby is, GRANTED, and it is

    FURTHER ORDERED, that the Initial Scheduling Conference in this matter be postponed and rescheduled for _____.

    SO ORDERED this _____ day of December, 20__.

_____
Judge Ricardo M. Urbina

2

COPIES TO:

Jonathan C. Dailey, Esq.
3 Bethesda Metro Center
Suite 530
Bethesda, MD  20814
*Pro Se Plaintiff*

James D. Sadowski, Esq.
Joshua M. Greenberg, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W. - Suite 900
Washington, DC 20036-5605
*Counsel for Defendants
Sungah Park and Ayal Factor*