**Statement of Account**
Dailey v. Park, et al. - Case No.: 05-2012 (U.S. Dist. Ct. D.C.)
1080 Wisconsin Avenue, N.W., Unit 2006
Washington, D.C. 20007
As Of: 1/13/2006

**Monthly Charges**

| Due Date | Mortgage Interest | Property Tax | Condo Maintenance Fee | Add On | Late Fee * | Monthly Subtotal | Running Balance |
|---|---|---|---|---|---|---|---|
| 05/01/05 | $ 1,025.76 | $ 86.81 | $ 529.36 | $ 125.00 | $ 75.00 | $ 1,841.93 | $ 1,841.93 |
| 06/01/05 | $ 1,055.84 | $ 395.93 | $ 529.36 | $ 125.00 | $ 75.00 | $ 2,181.13 | $ 4,023.06 |
| 07/01/05 | $ 1,086.27 | $ 395.93 | $ 529.36 | $ 125.00 | $ 75.00 | $ 2,211.56 | $ 6,234.62 |
| 08/01/05 | $ 1,115.09 | $ 395.93 | $ 529.36 | $ 125.00 | $ 75.00 | $ 2,240.38 | $ 8,475.00 |
| 09/01/05 | $ 1,144.98 | $ 395.93 | $ 529.36 | $ 150.00 | $ 75.00 | $ 2,295.27 | $ 10,770.27 |
| 10/01/05 | $ 1,176.49 | $ 395.93 | $ 529.36 | $ 150.00 | $ 75.00 | $ 2,326.78 | $ 13,097.05 |
| 11/01/05 | $ 1,206.57 | $ 395.93 | $ 529.36 | $ 150.00 | $ 75.00 | $ 2,356.86 | $ 15,453.91 |
| 12/01/05 | $ 1,237.90 | $ 395.93 | $ 529.36 | $ 150.00 | $ 75.00 | $ 2,388.19 | $ 17,842.10 |
| 01/01/06 | $ 1,268.70 | $ 395.93 | $ 601.88 | $ 150.00 | due 1/16 | $ 2,416.51 | $ 20,258.61 |
| Subtotals | $ 10,317.60 | $ 3,254.25 | $ 4,836.76 | $ 1,250.00 | $ 600.00 | $ 20,258.61 | |

**Summary of Charges**

| | | |
|---|---|---|
| Mortgage Interest only | $ | 10,317.60 |
| Property Taxes | $ | 3,254.25 |
| Condon Maintenance Fee | $ | 4,836.76 |
| Add on | $ | 1,250.00 |
| Late fee | $ | 600.00 |
| Total | $ | 20,258.61 |

* Late fee is due if monthly charges not paid by the 15th

280057v1