**REPURCHASE OPTION CONTRACT**

   This repurchase option contract ("Agreement") is made on August 27th, 2003, by and between Sungah Park ("Purchaser") and Jonathan C. Dailey ("Seller") who hereby confirm and acknowledge by their signatures below the following real estate purchase option.

   1.  The Purchaser will buy and the Seller will sell for the sales price of $270,000, a condominium numbered 2006, located at the Georgetown Park Condominiums, 1080 Wisconsin Avenue, N.W., Washington, D.C. 20007. This condo is identified as Lot 2217, Block 1200 (hereinafter "condo").

   2.  Purchaser will obtain a 1st mortgage for (80%) or $216,000. The down payment for the purchase of the condo will be (20%) or $54,000. Seller is responsible for all closing costs.

   3.  The loan amount for the purchase of the condo will be $216,000 (80% 1st mortgage). For a fee of $60,250, Seller will purchase an option to repurchase the condo from the Purchaser. The terms of the repurchase are as follows:

   4.  Seller has the option to repurchase the property for three (3) years from the closing date. If Seller exercises the purchase option during year one (1), Seller pays Purchaser a fee of $5,000, if this option is exercised during year two (2), the fee is $8,000, and if this option is exercised during year three (3), the fee is $11,000. Seller will pay all costs associated with the repurchase, however, Seller will not be responsible for any personal income tax implications for the Purchaser arising from the repurchase.

   5.  Seller will pay a repurchase price for the condo of the exact remaining loan amount with World Savings, in addition to all closing costs, taxes, all other transaction costs. Seller may elect to obtain a mortgage through World Savings. If Seller does not assume the mortgage from World Savings, Seller will be responsible to pay the prepayment penalty on the mortgage for Purchaser.

   6.  Seller will allocate from the purchase price one year's rent paid up front to Purchaser to include: a) the World Savings mortgage payment (mortgage payment will consist of the interest only payment) and the applicable condo fee. If Seller does not pay the first year's rent up front, then for every month that is not prepaid, Seller must add a $75 fee to each month's rent for the first year; this amount shall be increased to $125 for the second year (if not prepaid) and $150 for the third year (if not prepaid). In addition, if Seller does not pay the first year's rent up front, then Seller must pay (2) months deposit on the 1st of the month that is not prepaid. After the first year, if Seller has not exercised the repurchase option, Seller must pay two (2) months deposit one year from the date of closing, in addition to the first month's rent. Rent shall include the mortgage payment plus the condo fee. If the rent is more than fifteen (15) days late, a fee of $75 will be added to that month's rent. If the rent is more than thirty (30) days late, Seller must exercise the repurchase option with thirty (30) days thereafter or this Agreement is null and void. After the first year, rent shall equal the mortgage interest only, property taxes, and

condo association monthly fee.

      7.      Seller will be responsible for all costs associated with maintenance of the condo, including repairs to the interior of the unit or its components.  Seller will only be responsible for special assessments imposed by the condo association if and only if Seller exercises the repurchase option.  If Seller does not exercise his option to repurchase during the three (3) year time frame, any and all special assessments must be paid by the Purchaser or, if Seller has previously paid a special assessment during this time frame, he must be reimbursed by the Purchaser for the full amount of the special assessment(s).

      8.      In the event of the condo value drops by more than 20% of the appraisal, Seller will have the option to repurchase the property prior to Purchaser listing it for sale.  However, in the event this contingency occurs, no repurchase fee shall be payable to Purchaser.  If Seller chooses not to repurchase the condo, Purchaser will have the option top list the property for sale.

      9.      Any notice provided for in this Agreement shall be given by mailing such notice by certified mail, return receipt requested, addressed to a party at the appropriate address set forth in this Agreement, or to such other address either party may have previously designated by written notice to the other.

      10.      In the event any provision of this Agreement is held to be illegal, invalid or unenforceable to any extent, the legality, validity and enforceability of the remainder of this Agreement shall not be affected thereby and shall remain in full force and effect and shall be enforced to the greatest extent permitted by law.  This Agreement shall be interpreted according to the laws of the District of Columbia.

      11.      The Seller and Purchaser acknowledge by their signatures hereon that they have had the opportunity to consult with legal counsel concerning the terms of this Agreement prior to executing this Agreement.

Witness:                                                                         Seller:
                                                                                       Jonathan C. Dailey

_____             _____{Seal}
                                                                                      Jonathan C. Dailey

                                                                          _____
                                                                                   (Street Address)
                                                                          _____
                                                                                  (City, State, Zip)

Witness:                                                                         Purchaser:
                                                                                       Sungah Park

_____            _____{Seal}
                                                                         Sungah Park

                                                       _____
                                                                              (Street Address)
                                                       _____
                                                                              (City, State, Zip)