**MINKOFF COMPANY, INC**

General Contractors
Property Restoration Specialists

11716 Baltimore Avenue
Beltsville, MD 20705
(301) 656-0338 FAX
(301) 652-8711



December 29, 2005

Sungah Park
5055 Collins Ave
Miami Beach, Fl 33140

Re: 1080 Wisconsin ave Unit 2006

Dear Sungah Park:

This letter is to inform you that Minkoff Company, Inc has placed a mechanics lien on 1080 Wisconsin Avenue, Unit 2006.

We have placed this lien due to unpaid change order work that was requested by Mr. Jonathan C. Dailey (see enclosed) in the amount of $7,165.48

Minkoff Company, Inc will release this lien when the balance is paid in full.

Please let me know if you have any questions.

Sincerely yours,


Jonathan D Mark
Accounts Receivable Manager

Enclosures



.CC Mr. Jonathan Dailey

**Government of the District of Columbia**
Office of Tax and Revenue
Recorder of Deeds
515 D Street, NW
Washington, DC 20001
Phone (202)727-5374

## NOTICE OF MECHANIC'S LIEN

Filed and Recorded: _____ mm/dd/yyyy   _____ A.M./P.M.

Instrument #: _____

**Claimant:** Minkoff Company Inc
**Mailing Address:** 11716 Baltimore Ave
**City/State/Zip:** Beltsville, MD 20705

Vs.

**Owner, Lessee, Vendee:** Sungah Park
**Mailing Address:** 1080 Wisconsin Ave, NW Unit 2006
**City/State/Zip:** Washington, DC 20007

**Agent of Owner, Lessee, Vendee:** Sungah Park
**Mailing Address:** 5055 Collins Avenue
**City/State/Zip:** Miami Beach, FL 33140

ON THIS **28** day of **December**, 20 **05**, Notice is hereby given that Claimant indicated above intends to hold a Mechanic's Lien against the interest of the current owner by record property located at: **1080 Wisconsin Ave, NW, Unit 2006 Washington, DC 20007**
Square(s) **1200**   Suffix(es) _____   Lot(s) **2217**
situated in the District of Columbia, for the sum of **7,165.48** dollars (including interest).
Said sum of $ **7,165.48** was due for work performed commencing on the **14** day of **July**, 20 **05**, pursuant to a contract by and between **Minkoff Company, Inc** (party of the first part) and **Jonathan C Dailey** (party of the second part) for labor and materials furnished for the construction/repair of said building or on said premises.

I, **Patricia Clifford** (Claimant or his designated agent) hereby affirm under penalty of law, that the above statements and representations are correct and true to the best of my information, knowledge and belief.

Signature of Claimant (or his designated agent)

All signatures must be notarized.

**Address:** 11716 Baltimore Avenue
**City:** Beltsville
**State:** MD   **Zip:** 20705
**Phone Number:** 301-652-8711
**Bar #** (if filed by Attorney for Claimant): _____

Page 1 of 2



**Government of the
District of Columbia**
Office of Tax
and Revenue
Recorder of Deeds
515 D Street, NW
Washington, DC 20001
Phone (202)727-5374

**TO BE COMPLETED BY CLAIMANT**

I hereby certify that on [12/28/2005] a copy of this notice was served on the present owner or the agent of the present owner of the above-described property by certified mail return receipt requested. I further certify that this notice is being filed during the construction or within three (3) months after the completion of such building, improvement, repairs, addition, or the placing of anything so as to become a fixture thereof pursuant to title 40-301.2 of the D.C. Code. I further certify that I understand that I must commence suit to enforce this lien within 180 days from the date of the filing.

Date [12/28/2005]         Signature

I, [Jonathan D Mark] (Notary name) a Notary Public in and for the [State Of Maryland, Montgomery County], do hereby certify that [Patricia Clifford] (Claimant or his designated agent) party to this Mechanic's Lien bearing date on the [28] day of [December], 20[05], personally appeared before me and executed the said Mechanic's Lien and deed. Given under my hand and seal this [28] day of [December], 20[05].

Notary Public Signature

My Commission Expires: [1/21/2008]

**MINKOFF COMPANY, INC.**
General Contractors
Property Restoration Specialists

5223 River Road
Bethesda, MD 20816-1495
(301) 656-0338 FAX
(301) 652-8711

# Change Order

RECEIVED JUL 22 2005 By

Date: Jun-24-2005

To: Georgetown Park Condominium
1080 Wisconsin Avenue NW Unit 2006
Washington, DC 20007
Attn: Mr. Dailey

Re: kitchen upgrade

## Change to Contract # 6494

In accordance with the construction work order, we propose to make the following changes in the subject contract:

| Code | Category | Description | Amount |
|---|---|---|---|
| CAB | SUB | Provide and install Armstrong cabinets Rutledge Maple-Natural per layout in kitchen | 5,493.00 |
| CTP | SUB | Provide and install Tan Brown Granite countertop with standard edge including a stainless steel undermount sink | 3,529.35 |
| APP | SUB | Provide and install GE JBP35SHSS range | 411.13 |
| PLM | SUB | Add to detach old sink and reconnect sink | 187.50 |
| PLM | SUB | Add to extend ice maker line | 217.50 |
| ELE | SUB | Add for wall outlets per code and for extra undercabinet lighting | 705.00 |
| TIL | SUB | Add to upgrade kitchen floor to Siracusa Brown Tile | 1,024.65 |
| DRY | SUB | Patch drywall and get ready for paint as needed | 375.00 |
| DMO | LAB | Remove old cabinets, countertop, and existing stove and dispose of them | 579.00 |
| | | | 12,522.13 |

The contract has been increased/decreased by the amount indicated above. The change to contract incorporates all terms and provisions to the original agreement/work authorization. The credit or additional charge will be applied to your account and will be reflected in your final invoice.

If this change order meets with your approval, please sign below and return a copy of the ratified agreement to our office immediately. A deposit of 50% of the change order value is due upon ratification. The remainder is due upon completion of the change order scope of work.

Customer Name

Superintendent

Date 7/14/05



**MINKOFF COMPANY, INC.**
General Contractors
Property Restoration Specialists

5223 River Road
Bethesda, MD 20816-1495

(301) 656-0338 FAX
(301) 652-8711

# Change Order



RECEIVED JUL 22 2005 By _____

Date: Jun-24-2005

To: Georgetown Park Condominium
1080 Wisconsin Avenue NW Unit 2006
Washington, DC 20007
Attn: Mr. Dailey

Re: SP Floor upgrade

## Change to Contract # 6494

In accordance with the construction work order, we propose to make the following changes in the subject contract:

| Code | Category | Description | Amount |
|------|----------|-------------|--------|
| FCW | SUB | Add to upgrade living room and dining room floor to Mohawk Monterey Oak Autumn | 1,808.95 |
|      |          |             | 1,808.95 |

The contract has been increased/decreased by the amount indicated above. The change to contract incorporates all terms and provisions to the original agreement/work authorization. The credit or additional charge will be applied to your account and will be reflected in your final invoice.

If this change order meets with your approval, please sign below and return a copy of the ratified agreement to our office immediately. A deposit of 50% of the change order value is due upon ratification. The remainder is due upon completion of the change order scope of work.

_____
Customer Name

_____
Superintendent

_____
Date