## Breakdown of Condo Charges for 1080 Wisconsin Avenue, N.W.   Unit 2006
<u>Dailey v. Park</u>, et al. - Case No.:  05-2012 (U.S. Dist. Ct. D.C.)
As Of: 1/13/2006

**Charges**

| Due Date | Interest | Prop. Tax | Assessment | Maintenance | Add on | Late fee | Subtotal | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/01/05 | 1,025.76 | 86.81 | 0.00 | 529.36 | 125.00 | 75.00 | $ 1,841.93 | $ 1,841.93 |
| 06/01/05 | 1,055.84 | 395.93 | 450.50 | 529.36 | 125.00 | 75.00 | $ 2,631.63 | $ 4,473.56 |
| 07/01/05 | 1,086.27 | 395.93 | 450.50 | 529.36 | 125.00 | 75.00 | $ 2,662.06 | $ 7,135.62 |
| 08/01/05 | 1,115.09 | 395.93 | 450.50 | 529.36 | 125.00 | 75.00 | $ 2,690.88 | $ 9,826.50 |
| 09/01/05 | 1,144.98 | 395.93 | 450.50 | 529.36 | 150.00 | 75.00 | $ 2,745.77 | $ 12,572.27 |
| 10/01/05 | 1,176.49 | 395.93 | 450.50 | 529.36 | 150.00 | 75.00 | $ 2,777.28 | $ 15,349.55 |
| 11/01/05 | 1,206.57 | 395.93 | 450.50 | 529.36 | 150.00 | 75.00 | $ 2,807.36 | $ 18,156.91 |
| 12/01/05 | 1,237.90 | 395.93 | 450.50 | 529.36 | 150.00 | 75.00 | $ 2,838.69 | $ 20,995.60 |
| 01/01/06 | 1,268.70 | 395.93 | 450.50 | 601.88 | 150.00 | 75.00 | $ 2,942.01 | $ 23,937.61 |
| **Subtotals** | $ 10,317.60 | $ 3,254.25 | $ 3,604.00 | $ 4,836.76 | $ 1,250.00 | $ 675.00 | $ 23,937.61 | |

## Breakdown of Amounts Owed May 2005 - Aug 2005
<u>Dailey v. Park</u>, et al. - Case No.:  05-2012 (U.S. Dist. Ct. D.C.)
As Of: 1/13/2006

**Charges**

| Due Date | Interest | Prop. Tax | Assessment | Maintenance | Add on | Late fee | Subtotal | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/01/05 | 1,025.76 | 86.81 | n/c | 529.36 | 125.00 | 75.00 | $ 1,841.93 | $ 1,841.93 |
| 06/01/05 | 1,055.84 | 395.93 | n/c | 529.36 | 125.00 | 75.00 | $ 2,181.13 | $ 4,023.06 |
| 07/01/05 | 1,086.27 | 395.93 | n/c | 529.36 | 125.00 | 75.00 | $ 2,211.56 | $ 6,234.62 |
| 08/01/05 | 1,115.09 | 395.93 | n/c | 529.36 | 125.00 | 75.00 | $ 2,240.38 | $ 8,475.00 |
| **Subtotals** | $ 4,282.96 | $ 1,274.60 | $ - | $ 2,117.44 | $ 500.00 | $ 300.00 | $ 8,475.00 | |

## Breakdown of Amounts to Be Included In Monthly Protective Order Payment
<u>Dailey v. Park</u>, et al. - Case No.:  05-2012 (U.S. Dist. Ct. D.C.)
As Of: 1/13/2006

| Interest | Prop. Tax | Assessment | Maintenance | Add on | Late fee | Total |
|---|---|---|---|---|---|---|
| 1,268.70 | 395.93 | 450.50 | 601.88 | 150.00 | n/c | $ 2,867.01 |

EXHIBIT C