IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN C. DAILEY,<br><br>      Plaintiff,<br><br>v.<br><br>SUNGAH PARK, et al.,<br><br>      Defendants. | Case No.: 1:05-CV-02012<br>Judge Ricardo M. Urbina |

**ORDER INCREASING PROTECTIVE ORDER PAYMENTS**

This matter is before the Court on the Defendants' Motion To Increase Protective Order Payments, and the Plaintiff's Opposition thereto. Upon a review of the record and the argument of the parties and counsel, the Court finds that the protective order amount should be increased and that Plaintiff should make other additional payments into the Court Registry.

Accordingly, it is this _____ day of _____, 2006, hereby

ORDERED, that the Plaintiff shall pay an additional $1,367.01 per month into the Court Registry (bringing the total monthly payment to $2,867.01) on or before February 6, 2006 and continuing thereafter on a monthly basis on the fifth (5th) of each consecutive month thereafter until further order of this Court; and it is

FURTHER ORDERED, that the Plaintiff shall pay an additional $2,736.02 into the Court Registry within ten (10) days from the date of this Order, which represents the deficiency in the protective order payments for the months of December of 2005 and January of 2006 ($1,367.01 x 2 = $2,374.02); and it is

FURTHER ORDERED, that the Plaintiff shall pay an additional $7,165.48 into the Court Registry within ten (10) days from the date of this Order, which represents the amount of a mechanic's lien that has been filed; and it is

FURTHER ORDERED, that the Plaintiff shall pay an additional $8,475.00 into the Court Registry within fifteen (15) days from the date of this Order, which represents the amount of rent claimed to be due from May 2005 to August 2005; and it is

FURTHER ORDERED, that the Clerk shall permit Plaintiff to make protective order payments by wire transfer or other electronic funds transfer; and it is

FURTHER ORDERED, that if the fifth (5th) of the month falls on a weekend or holiday, or the Court is closed for any other reason on the fifth (5th) of the month, the Plaintiff shall make the applicable protective order payment into the Court Registry on the next day that the Court is open.

By entering this Order, the Court is not determining any party's rights with respect to the merits of the claims raised in the litigation.

_____
Judge Ricardo M. Urbina

COPIES TO:

James D. Sadowski, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W. - Suite 900
Washington, D.C. 20036-5605
*Counsel for Defendants*

Jonathan C. Dailey, Esq.
3 Bethesda Metro Center - Suite 530
Bethesda, MD 20814
*Pro Se Plaintiff*