# WORLD SAVINGS
*How may we help you?*

# LOAN STATEMENT

**Property Address:** 1080 WISCONSIN AVE
WASHINGTON       DC 20007-3637

**Loan Number:** ███████

**Payment Due Date:** 09/15/05

**Statement Date:** 08/30/05

**Questions about your loan?**
For quick answers, call .................... 1-800-642-0257
8 a.m. – 8 p.m. Mon. – Fri., 8 a.m. – 5 p.m. Sat. Central Time.
*(Please have your loan and Social Security numbers ready.)*

\* \* DUPLICATE LOAN STATEMENT \* \*
SUNGAH PARK
1080 WISCONSIN AVE NW
WASHINGTON       DC 20007-3637

## 1. PAYMENT OPTIONS

*Select your option on the Payment Coupon below. Please see CHOOSING YOUR PAYMENT OPTIONS on reverse side for explanations.*

| Option | Description | Amount |
|---|---|---|
| Option 1 | Minimum Amount Due | 1248.39 |
| Option 2 | Full Interest Payment | 1540.91 |
| Option 3 | Full Principal and Interest Payment | 1772.91 |
| Option 4 | 15-Year Payment Plan | 2426.75 |

To check the status of your World loan anytime, day or night,
visit us at .................... www.worldsavings.com

For new purchase, refinance, or home equity loan assistance,
simply call ........................... **1-800-914-8166**

## 2. CURRENT PAYMENT EXPLANATION

| Payment Options | Option 1 | Option 2 | Option 3 | Option 4 |
|---|---|---|---|---|
| Interest Due | 1,144.98 | 1,144.98 | 1,144.98 | 1,144.98 |
| Interest Deferred † | -292.52 | | | |
| Principal Paid | | | 232.00 | 885.84 |
| Escrow/Other | 395.93 | 395.93 | 395.93 | 395.93 |
| Total Past Due | | | | |
| Total Payment | 1,248.39 | 1,540.91 | 1,772.91 | 2,426.75 |

| Past Due Amount | Late Charges/Fees Due | Total Past Due | Total Outstanding Deferred Interest † | Current Interest Rate |
|---|---|---|---|---|
| | | | 132.60 | 6.358 |

† See explanation of deferred interest on reverse side under **CHOOSING YOUR PAYMENT OPTIONS**.

## 3. YEAR-TO-DATE INFORMATION

| Year-to-Date Payments | Year-to-Date Escrow Disbursements |
|---|---|
| Principal | Taxes 1,384.99 |
| Interest 8,126.52 | Additional Assessments |
| Deferred Interest † | Homeowner's Insurance |
| Late Charges/Fees | Other |

## 4. TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 07/24 | BEGINNING BALANCE | | +216,101.75 | | | -496.83 | | | |
| 08/24 | 08/15 PAYMENT | 1,248.39 | +262.63 | 852.46 | 6.192 | +395.93 | | | |
| 08/24 | PRINCIPAL PAYMENT | 262.63 | -262.63 | | | | | | |
| 08/30 | ENDING BALANCE | | +216,101.75 | | | -100.90 | | | |

## 5. IMPORTANT MESSAGES

**www.worldsavings.com**

Manage your loan anytime, from anywhere, with World's Online Banking. You can make loan payments online,
view and print your loan statement, verify your tax and insurance information, and more. Not yet enrolled?
Visit us at www.worldsavings.com today.

Have your mortgage needs changed? If you are buying a home or want to refinance, World can save you time and
money with a low-cost home loan at a competitive rate. Call 1-800-914-8166 today.

---

# WORLD SAVINGS
*How may we help you?*

*Detach here and return with payment. Thank you.*

## Payment Coupon

**NAME:** SUNGAH PARK

**Loan Number:** ███████

Please make check payable to World Savings.

**PAYMENT OPTIONS**
Please see reverse side for explanation.

| | |
|---|---|
| Minimum Amount Due | $1,248.39 |
| Full Interest Payment | $1,540.91 |
| Full Principal and Interest Payment | $1,772.91 |
| 15-Year Payment Plan | $2,426.75 |

**Payment Due Date:** 09/15/05
**Minimum Amount Due:** 1,248.39

**Payment Amount:** _____
**Extra to my Deferred Interest/Principal:** _____

**Total Amount Enclosed:** _____

To add funds to your escrow account, call 1-800-642-0257
To avoid a Late Charge of please ensure payment is
received at World Savings by    42.62

For change of address or phone number,
please put an "X" in this circle and enter ◯
new information on reverse side.

WORLD SAVINGS
P.O. BOX 650011
DALLAS, TX 75265-0011

# WORLD SAVINGS
*How may we help you?®*

# LOAN STATEMENT

**Property Address:** 1080 WISCONSIN AVE
WASHINGTON   DC 20007-3637

**Loan Number:** ▓▓▓▓▓▓

**Payment Due Date:** 10/15/05

**Statement Date:** 09/24/05

**Questions about your loan?**
For quick answers, call .................... 1-800-642-0257
8 a.m. – 8 p.m. Mon. – Fri., 8 a.m. – 5 p.m. Sat. Central Time.
*(Please have your loan and Social Security numbers ready.)*

\* \* DUPLICATE LOAN STATEMENT \* \*

SUNGAH PARK
1080 WISCONSIN AVE NW
WASHINGTON   DC 20007-3637

## 1  PAYMENT OPTIONS

*Select your option on the Payment Coupon below. Please see*
**CHOOSING YOUR PAYMENT OPTIONS** *on reverse side for explanations.*

| | |
|---|---|
| Option 1 - Minimum Amount Due | 1312.32 |
| Option 2 - Full Interest Payment | 1572.42 |
| Option 3 - Full Principal and Interest Payment | 1798.73 |
| Option 4 - 15-Year Payment Plan | 2455.25 |

To check the status of your World loan anytime, day or night,
visit us at .................... **www.worldsavings.com**

For new purchase, refinance, or home equity loan assistance,
simply call .......................... 1-800-914-8166

## 2  CURRENT PAYMENT EXPLANATION

| Payment Options | Option 1 | Option 2 | Option 3 | Option 4 |
|---|---|---|---|---|
| Interest Due | 1,176.49 | 1,176.49 | 1,176.49 | 1,176.49 |
| Interest Deferred † | -260.10 | | | |
| Principal Paid | | | 226.31 | 882.83 |
| Escrow/Other | 395.93 | 395.93 | 395.93 | 395.93 |
| Total Past Due | | | | |
| Total Payment | 1,312.32 | 1,572.42 | 1,798.73 | 2,455.25 |

| Past Due Amount | Late Charges/Fees Due | Total Past Due | Total Outstanding Deferred Interest † | Current Interest Rate |
|---|---|---|---|---|
| | | | 132.60 | 6.533 |

† *See explanation of deferred interest on reverse side under* **CHOOSING YOUR PAYMENT OPTIONS.**

## 3  YEAR-TO-DATE INFORMATION

| Year-to-Date Payments | Year-to-Date Escrow Disbursements |
|---|---|
| Principal | Taxes |
| | 2,853.98 |
| Interest | Additional |
| 9,271.50 | Assessments |
| Deferred Interest† | |
| | Homeowner's Insurance |
| Late Charges/Fees | |
| | Other |

## 4  TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 08/31 | BEGINNING BALANCE | | +216,101.75 | | | -100.90 | | | |
| 09/08 | COUNTY TAX | 1,468.99 | | | | -1,468.99 | | | |
| 09/19 | 09/15 PAYMENT | 1,248.39 | +292.52 | 852.46 | 6.358 | +395.93 | | | |
| 09/19 | PRINCIPAL PAYMENT | 292.52 | -292.52 | | | | | | |
| 09/24 | ENDING BALANCE | | +216,101.75 | | | -1,173.96 | | | |

## 5  IMPORTANT MESSAGES

**www.worldsavings.com**

Build your equity the old-fashioned way?  Paying more than the minimum due every month helps you build the
equity in your home more quickly.  For more information, call us at 1-866-890-6134, M-F 8 am to 8 pm, Sat
8 am to 4 pm, CT.

---

Have your mortgage needs changed?  If you are buying a home or want to refinance, World can save you time and
money with a low-cost home loan at a competitive rate.  Call 1-800-914-8166 today.

---

# WORLD SAVINGS
*How may we help you?®*

*Detach here and return with payment. Thank you.*

## Payment Coupon

**NAME:** SUNGAH PARK

**Loan Number:** ▓▓▓▓▓▓

Please make check payable to World Savings.

**PAYMENT OPTIONS**
Please see reverse side for explanation.

| | |
|---|---|
| Minimum Amount Due | $1,312.32 |
| Full Interest Payment | $1,572.42 |
| Full Principal and Interest Payment | $1,798.73 |
| 15-Year Payment Plan | $2,455.25 |

**Payment Due Date:** 10/15/05
**Minimum Amount Due:** 1,312.32

**Payment Amount:** _____
**Extra to my Deferred Interest/Principal:** _____

**Total Amount Enclosed:** _____

To add funds to your escrow account, call 1-800-642-0257

To avoid a Late Charge of please ensure payment is
received at World Savings by     45.82

For change of address or phone number,
please put an "X" in this circle and enter ○
new information on reverse side.

WORLD SAVINGS
P.O. BOX 650011
DALLAS, TX 75265-0011

# WORLD SAVINGS
*How may we help you?*

# LOAN STATEMENT

**Property Address:** 1080 WISCONSIN AVE
WASHINGTON   DC 20007-3637

**Loan Number:** ███████

**Payment Due Date:** 11/15/05

**Statement Date:** 10/22/05

**Questions about your loan?**
For quick answers, call ................... 1-800-642-0257
8 a.m. – 8 p.m. Mon. – Fri., 8 a.m. – 5 p.m. Sat. Central Time.
(Please have your loan and Social Security numbers ready.)

* * DUPLICATE LOAN STATEMENT * *
SUNGAH PARK
1080 WISCONSIN AVE NW
WASHINGTON   DC 20007-3637

## 1 PAYMENT OPTIONS

Select your option on the Payment Coupon below. Please see
CHOOSING YOUR PAYMENT OPTIONS on reverse side for explanations.

| | | |
|---|---|---|
| Option 1 - Minimum Amount Due | | 1312.32 |
| Option 2 - Full Interest Payment | | 1602.50 |
| Option 3 - Full Principal and Interest Payment | | 1823.56 |
| Option 4 - 15-Year Payment Plan | | 2483.00 |

To check the status of your World loan anytime, day or night,
visit us at ................... www.worldsavings.com
For new purchase, refinance, or home equity loan assistance,
simply call ........................... 1-800-914-8166

## 2 CURRENT PAYMENT EXPLANATION

| Payment Options | Option 1 | Option 2 | Option 3 | Option 4 |
|---|---|---|---|---|
| Interest Due | 1,206.57 | 1,206.57 | 1,206.57 | 1,206.57 |
| Interest Deferred † | -290.18 | | | |
| Principal Paid | | | 221.06 | 880.50 |
| Escrow/Other | 395.93 | 395.93 | 395.93 | 395.93 |
| Total Past Due | | | | |
| Total Payment | 1,312.32 | 1,602.50 | 1,823.56 | 2,483.00 |

(Option 2 circled)

| Past Due Amount | Late Charges/ Fees Due | Total Past Due | Total Outstanding Deferred Interest † | Current Interest Rate |
|---|---|---|---|---|
| | | | 132.60 | 6.700 |

† See explanation of deferred interest on reverse side under CHOOSING YOUR PAYMENT OPTIONS.

## 3 YEAR-TO-DATE INFORMATION

| Year-to-Date Payments | Year-to-Date Escrow Disbursements |
|---|---|
| Principal | Taxes |
| | 2,853.98 |
| Interest 10,447.99 | Additional Assessments |
| Deferred Interest † | |
| Late Charges/ Fees | Homeowner's Insurance |
| | Other |

## 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/ Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 09/25 | BEGINNING BALANCE | | +216,101.75 | | | -1,173.96 | | | |
| 10/17 | 10/15 PAYMENT | 1,312.32 | +260.10 | 916.39 | 6.533 | +395.93 | | | |
| 10/17 | PRINCIPAL PAYMENT | 260.10 | -260.10 | | | | | | |
| 10/22 | ENDING BALANCE | | +216,101.75 | | | -778.03 | | | |

## 5 IMPORTANT MESSAGES                              www.worldsavings.com

Build your equity the old-fashioned way?  Paying more than the minimum due every month helps you build the
equity in your home more quickly.  For more information, call us at 1-866-890-6134, M-F 8 am to 8 pm, Sat
8 am to 4 pm, CT.

---

Have your mortgage needs changed?  If you are buying a home or want to refinance, World can save you time and
money with a low-cost home loan at a competitive rate.  Call 1-800-914-8166 today.

---

## WORLD SAVINGS
*How may we help you?*
Detach here and return with payment. Thank you.

# Payment Coupon

**NAME:** SUNGAH PARK

**Loan Number:** ███████

Please make check payable to World Savings.

**PAYMENT OPTIONS**
Please see reverse side for explanation.

| | |
|---|---|
| Minimum Amount Due | $1,312.32 |
| Full Interest Payment | $1,602.50 |
| Full Principal and Interest Payment | $1,823.56 |
| 15-Year Payment Plan | $2,483.00 |

**Payment Due Date:** 11/15/05
**Minimum Amount Due:** 1,312.32

**Payment Amount:** _____
**Extra to my Deferred Interest/Principal:** _____

**Total Amount Enclosed:** _____

To add funds to your escrow account, call 1-800-642-0257
To avoid a Late Charge of
please ensure payment is
received at World Savings by            45.82

For change of address or phone number,
please put an "X" in this circle and enter  ◯
new information on reverse side.

WORLD SAVINGS
P.O. BOX 650011
DALLAS, TX 75265-0011

# WORLD SAVINGS
*How may we help you?*

# LOAN STATEMENT

**Property Address:** 1080 WISCONSIN AVE
WASHINGTON           DC 20007-3637

**Loan Number:** ███████

**Payment Due Date:** 12/15/05

**Statement Date:** 11/29/05

**Questions about your loan?**
For quick answers, call .................... 1-800-642-0257
8 a.m. – 8 p.m. Mon. – Fri., 8 a.m. – 5 p.m. Sat. Central Time.
*(Please have your loan and Social Security numbers ready.)*

* * DUPLICATE LOAN STATEMENT * *
SUNGAH PARK
1080 WISCONSIN AVE NW
WASHINGTON           DC 20007-3637

## 1  PAYMENT OPTIONS

*Select your option on the Payment Coupon below. Please see*
**CHOOSING YOUR PAYMENT OPTIONS** *on reverse side for explanations.*

1) SCHEDULED PRINCIPAL AND INTEREST          1849.54
   -Reduce Loan Balance/Save on Taxes
2) Interest Only - No Principal Reduction    1633.83
3) Minimum Payment - May Increase Balance    1312.32
4) 15-Year Payment Plan                      2511.72

To check the status of your World loan anytime, day or night,
visit us at .................... www.worldsavings.com
For new purchase, refinance, or home equity loan assistance,
simply call ............................ 1-800-914-8166

## 2  CURRENT PAYMENT EXPLANATION

| Payment Options    | Option 1 | Option 2 | Option 3 | Option 4 |
|---|---|---|---|---|
| Interest Due       | 1,237.90 | 1,237.90 | 1,237.90 | 1,237.90 |
| Interest Deferred †|          |          |  -321.51 |          |
| Principal Paid     |   215.71 |          |          |   877.89 |
| Escrow/Other       |   395.93 |   395.93 |   395.93 |   395.93 |
| Total Past Due     |          |          |          |          |
| Total Payment      | 1,849.54 | 1,633.83 | 1,312.32 | 2,511.72 |

| Past Due Amount | Late Charges/Fees Due | Total Past Due | Total Outstanding Deferred Interest † | Current Interest Rate |
|---|---|---|---|---|
|  |  |  | 132.60 | 6.874 |

† *See explanation of deferred interest on reverse side under* **CHOOSING YOUR PAYMENT OPTIONS.**

## 3  YEAR-TO-DATE INFORMATION

| Year-to-Date Payments | Year-to-Date Escrow Disbursements |
|---|---|
| Principal | Taxes |
|  | 2,853.98 |
| Interest | Additional |
| 11,654.56 | Assessments |
| Deferred Interest† |  |
|  | Homeowner's Insurance |
| Late Charges/Fees | Other |

## 4  TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 10/23 | BEGINNING BALANCE |  | +216,101.75 |  |  | -778.03 |  |  |  |
| 11/22 | 11/15 PAYMENT | 1,312.32 | +290.18 | 916.39 | 6.700 | +395.93 |  |  |  |
| 11/22 | PRINCIPAL PAYMENT | 290.18 | -290.18 |  |  |  |  |  |  |
| 11/29 | ENDING BALANCE |  | +216,101.75 |  |  | -382.10 |  |  |  |

## 5  IMPORTANT MESSAGES

www.worldsavings.com

Build your equity the old-fashioned way?  Paying more than the minimum due every month helps you build the
equity in your home more quickly.  For more information, call us at 1-866-890-6134, M-F 8 am to 8 pm, Sat
8 am to 4 pm, CT.

---

Have your mortgage needs changed?  If you are buying a home or want to refinance, World can save you time and
money with a low-cost home loan at a competitive rate.  Call 1-800-914-8166 today.

---

# WORLD SAVINGS
*How may we help you?*

*Detach here and return with payment. Thank you.*

# Payment Coupon

**NAME:** SUNGAH PARK

**Loan Number:** ███████

Please make check payable to World Savings.

WORLD SAVINGS
P.O. BOX 650011
DALLAS, TX 75265-0011

**PAYMENT OPTIONS**
Please see reverse side for explanation.

| | |
|---|---|
| SCHED. PRINCIPAL AND INTEREST | $1,849.54 |
| Interest Only - No Principal Red. | $1,633.83 |
| Minimum Payment - May Increase Bal. | $1,312.32 |
| 15-Year Payment Plan | $2,511.72 |

**Payment Due Date:** 12/15/05
**Minimum Amount Due:**

**Payment Amount:** _____
**Extra to my Deferred Interest/Principal:** _____

**Total Amount Enclosed:** _____
To add funds to your escrow account, call 1-800-642-0257
To avoid a Late Charge of
please ensure payment is
received at World Savings by            45.82

For change of address or phone number,
please put an "X" in this circle and enter  ◯
new information on reverse side.

# WORLD SAVINGS
*How may we help you?*

## LOAN STATEMENT

**Property Address:** 1080 WISCONSIN AVE
WASHINGTON    DC 20007-3637

**Loan Number:** ██████████

**Payment Due Date:** 01/15/06

**Statement Date:** 01/03/06

**Questions about your loan?**
For quick answers, call . . . . . . . . . . . . . . . . . . . . 1-800-642-0257
8 a.m. – 8 p.m. Mon. – Fri., 8 a.m. – 5 p.m. Sat. Central Time.
*(Please have your loan and Social Security numbers ready.)*

* * DUPLICATE LOAN STATEMENT * *
SUNGAH PARK
1080 WISCONSIN AVE NW
WASHINGTON    DC 20007-3637

## 1 PAYMENT OPTIONS

*Select your option on the Payment Coupon below. Please see*
**CHOOSING YOUR PAYMENT OPTIONS** *on reverse side for explanations.*

1) SCHEDULED PRINCIPAL AND INTEREST      1875.23
   -Reduce Loan Balance/Save on Taxes
2) Interest Only - No Principal Reduction   1664.63
3) Minimum Payment - May Increase Balance   1312.32
4) 15-Year Payment Plan                     2540.26

To check the status of your World loan anytime, day or night,
visit us at . . . . . . . . . . . . . . . . . . . www.worldsavings.com
For new purchase, refinance, or home equity loan assistance,
simply call . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-800-914-8166

## 2 CURRENT PAYMENT EXPLANATION

| Payment Options | Option 1 | Option 2 | Option 3 | Option 4 |
|---|---|---|---|---|
| Interest Due | 1,268.70 | 1,268.70 | 1,268.70 | 1,268.70 |
| Interest Deferred † | | | -352.31 | |
| Principal Paid | 210.60 | | | 875.63 |
| Escrow/Other | 395.93 | 395.93 | 395.93 | 395.93 |
| Total Past Due | | | | |
| Total Payment | 1,875.23 | 1,664.63 | 1,312.32 | 2,540.26 |

| Past Due Amount | Late Charges/Fees Due | Total Past Due | Total Outstanding Deferred Interest † | Current Interest Rate |
|---|---|---|---|---|
| | | | 132.60 | 7.045 |

† *See explanation of deferred interest on reverse side under* **CHOOSING YOUR PAYMENT OPTIONS.**

## 3 YEAR-TO-DATE INFORMATION

| Year-to-Date Payments | Year-to-Date Escrow Disbursements |
|---|---|
| Principal | Taxes |
| Interest | Additional Assessments |
| Deferred Interest† | |
| Late Charges/Fees | Homeowner's Insurance |
| | Other |

## 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 11/30 | BEGINNING BALANCE | | +216,101.75 | | | -382.10 | | | |
| 12/27 | 12/15 PAYMENT | 1,312.32 | +321.51 | 916.39 | 6.874 | +395.93 | | | |
| 12/27 | PRINCIPAL PAYMENT | 321.51 | -321.51 | | | | | | |
| 01/03 | ENDING BALANCE | | +216,101.75 | | | +13.83 | | | |

## 5 IMPORTANT MESSAGES                                    www.worldsavings.com

Build your equity the old-fashioned way?  Paying more than the minimum due every month helps you build the
equity in your home more quickly.  For more information, call us at 1-866-890-6134, M-F 8 am to 8 pm, Sat
8 am to 4 pm, CT.

---

Have your mortgage needs changed?  If you are buying a home or want to refinance, World can save you time and
money with a low-cost home loan at a competitive rate.  Call 1-800-914-8166 today.

---

## WORLD SAVINGS
*How may we help you?*    *Detach here and return with payment. Thank you.*    **Payment Coupon**

NAME: SUNGAH PARK

Loan Number: ██████████

Please make check payable to World Savings.

WORLD SAVINGS
P.O. BOX 650011
DALLAS, TX 75265-0011

PAYMENT OPTIONS
Please see reverse side for explanation.

| | |
|---|---|
| SCHED. PRINCIPAL AND INTEREST | $1,875.23 |
| Interest Only - No Principal Red. | $1,664.63 |
| Minimum Payment - May Increase Bal. Plan | $1,312.32 |
| 15-Year Payment | $2,540.26 |

**Payment Due Date:** 01/15/06
**Minimum Amount Due:**

**Payment Amount:** _____
**Extra to my Deferred Interest/Principal:** _____

**Total Amount Enclosed:** _____
To add funds to your escrow account, call 1-800-642-0257
To avoid a Late Charge of
please ensure payment is
received at World Savings by      45.82

For change of address or phone number,
please put an "X" in this circle and enter  ◯
new information on reverse side.