## Tenant Ledger
## Sungh Park (656-2006)
## 1080 Wisconsin Ave., NW

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | Balance Forward | | | 0.00 |
| 01/31/05 | Balance from Previous Management | -1,110.64 | | -1,110.64 |
| 02/01/05 | Monthly Fee | 529.36 | | -581.28 |
| 02/10/05 | chk# 124 payment | | 529.36 | -1,110.64 |
| 03/01/05 | Monthly Fee | 529.36 | | -581.28 |
| 03/15/05 | chk# 126 payment | | 529.36 | -1,110.64 |
| 04/01/05 | Monthly Fee | 529.36 | | -581.28 |
| 05/01/05 | Monthly Fee | 529.36 | | -51.92 |
| 05/17/05 | chk# 0501 payment | | 529.36 | -581.28 |
| 06/01/05 | Monthly Fee | 529.36 | | -51.92 |
| 06/01/05 | Special Assessment | 450.50 | | 398.58 |
| 06/15/05 | chk# 0860 Payment | | 529.36 | -130.78 |
| 07/01/05 | Monthly Fee | 529.36 | | 398.58 |
| 07/01/05 | Special Assessment | 450.50 | | 849.08 |
| 07/13/05 | chk# 0864 payment | | 529.36 | 319.72 |
| 08/01/05 | Monthly Fee | 529.36 | | 849.08 |
| 08/01/05 | Special Assessment | 450.50 | | 1,299.58 |
| 08/05/05 | chk# 0866 payment | | 529.36 | 770.22 |
| 08/19/05 | chk# 0867 payment | | 979.86 | -209.64 |
| 08/19/05 | chk# 0531 payment | | 319.72 | -529.36 |
| 09/01/05 | Monthly Fee | 529.36 | | 0.00 |
| 09/01/05 | Special Assessment | 450.50 | | 450.50 |
| 10/01/05 | Monthly Fee | 529.36 | | 979.86 |
| 10/01/05 | Special Assessment | 450.50 | | 1,430.36 |
| 10/06/05 | chk# 0871 payment | | 1,430.39 | -0.03 |
| 10/13/05 | Legal | 67.58 | | 67.55 |
| 11/01/05 | Monthly Fee | 529.36 | | 596.91 |
| 11/01/05 | Special Assessment | 450.50 | | 1,047.41 |
| 11/04/05 | chk# 0834 payment | | 979.86 | 67.55 |
| 11/15/05 | chk# 5971 payment | | 50.00 | 17.55 |
| 12/01/05 | Monthly Fee | 529.36 | | 546.91 |
| 12/01/05 | Special Assessment | 450.50 | | 997.41 |
| 12/14/05 | chk# 1016 payment | | 979.86 | 17.55 |
| 01/01/06 | Monthly Fee | 601.88 | | 619.43 |
| 01/01/06 | Special Assessment | 450.50 | | 1,069.93 |
| 01/12/06 | chk# 0508 Payment | | 1,052.38 | 17.55 |
| 02/01/06 | Monthly Fee | 601.88 | | 619.43 |
| 02/01/06 | Special Assessment | 450.50 | | 1,069.93 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| 1,052.38 | 0.00 | 0.00 | 17.55 | 1,069.93 |

| Number | Account Number | Date Due | Amount Due |
|---|---|---|---|
| 2 | 656-2006 | FEB 1, 2006 | $1,052.38 |
| | | After This Date | Pay This Amount |
| | | FEB 15, 2006 | $1,157.62 |

PARK, SUNGH
Make check payable to:
**GTPCA - Phase IV**
*Late fees apply after due date*

GTPCA - PHASE IV
TILTON BERNSTEIN MANAGEMENT
1827 14TH STREET, NW
WASHINGTON, DC 20009-4425

Payment Consists Of:
Condo Fee         601.88
Spec. Asmt.       450.50
TOTAL          $1,052.38

---

| Number | Account Number | Date Due | Amount Due |
|---|---|---|---|
| 3 | 656-2006 | MAR 1, 2006 | $1,052.38 |
| | | After This Date | Pay This Amount |
| | | MAR 15, 2006 | $1,157.62 |

PARK, SUNGH
Make check payable to:
**GTPCA - Phase IV**
*Late fees apply after due date*

GTPCA - PHASE IV
TILTON BERNSTEIN MANAGEMENT
1827 14TH STREET, NW
WASHINGTON, DC 20009-4425

Payment Consists Of:
Condo Fee         601.88
Spec. Asmt.       450.50
TOTAL          $1,052.38

---

| Number | Account Number | Date Due | Amount Due |
|---|---|---|---|
| 4 | 656-2006 | APR 1, 2006 | $1,052.38 |
| | | After This Date | Pay This Amount |
| | | APR 15, 2006 | $1,157.62 |

PARK, SUNGH
Make check payable to:
**GTPCA - Phase IV**
*Late fees apply after due date*

GTPCA - PHASE IV
TILTON BERNSTEIN MANAGEMENT
1827 14TH STREET, NW
WASHINGTON, DC 20009-4425

Payment Consists Of:
Condo Fee         601.88
Spec. Asmt.       450.50
TOTAL          $1,052.38

| Number | Account Number | Date Due | Amount Due |
|---|---|---|---|
| 5 | 656-2006 | MAY 1, 2006 | $1,052.38 |
| | | After This Date | Pay This Amount |
| | | MAY 15, 2006 | $1,157.62 |

PARK, SUNGH
Make check payable to:
**GTPCA - Phase IV**
*Late fees apply after due date*

GTPCA - PHASE IV
TILTON BERNSTEIN MANAGEMENT
1827 14TH STREET, NW
WASHINGTON, DC 20009-4425

Payment Consists Of:
Condo Fee       601.88
Spec. Asmt.     450.50
TOTAL         $1,052.38

| Number | Account Number | Date Due | Amount Due |
|---|---|---|---|
| 6 | 656-2006 | JUN 1, 2006 | $1,052.38 |
| | | After This Date | Pay This Amount |
| | | JUN 15, 2006 | $1,157.62 |

PARK, SUNGH
Make check payable to:
**GTPCA - Phase IV**
*Late fees apply after due date*

GTPCA - PHASE IV
TILTON BERNSTEIN MANAGEMENT
1827 14TH STREET, NW
WASHINGTON, DC 20009-4425

Payment Consists Of:
Condo Fee       601.88
Spec. Asmt.     450.50
TOTAL         $1,052.38