# EXHIBIT A

# January 31, 2006 E-mail from DAILEY

## James D. Sadowski

**From:** James D. Sadowski
**Sent:** Friday, January 27, 2006 6:55 PM
**To:** 'Jonathan Dailey'
**Subject:** Protective Order payments - have they been made?

Jonathan:

Have you made the protective order payments per the Consent Order (Dec. 2005 and Jan. 2006 payments of $1500 each = total of $3,000)?

Jim

James D. Sadowski, Esquire
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W.
Suite 900
Washington, D.C. 20036
Phone: 202.452.1400, x311
Fax: 202.452.1410
E-mail: jds@gdllaw.com

Page 1 of 1

## James D. Sadowski

**From:** Jonathan Dailey [Jonathan@LegalAdvice.org]
**Sent:** Tuesday, January 31, 2006 12:19 AM
**To:** James D. Sadowski
**Subject:** Dailey v. Factor

Jim - please advise of your new settlement proposal via email. I have received your discovery including interrogatories. I am waiting for Court personnel to return my call vis-a-vis wiring instructions for the $3,000. You will receive my discovery requests tomorrow and I will take your clients' depositions after I receive your clients' responses. As the Plaintiff with the burden of proof, I am entitled to take your clients' depositions before you take mine.

Jonathan