# EXHIBIT B

# February 1, 2006 E-mail from DAILEY

**James D. Sadowski**

**From:** Jonathan C. Dailey [Jonathan@ClearCreekPartners.com]
**Sent:** Wednesday, February 01, 2006 10:24 PM
**To:** James D. Sadowski; Joshua M. Greenberg
**Subject:** Dailey v. Factor

Jim,

Per your most recent e-mail, I will be wiring the $3,000 within the next 48 hours and the additional $1,500 on the 5th, so your motion for judgment on possession will be frivolous; of course, I oppose it and will seek sanctions if it is filed. Moreover, I have serious concerns about the amount of money that your clients should place in the Court's registry per my motion for an evidentiary hearing, which will take place on the 23rd. I expect both your clients to attend unless the Court orders otherwise. I am not available on March 7th for your deposition and I do expect to depose your clients first. Perhaps you are not a trial lawyer, but the burden of proof allows a plaintiff to present his opening statement first, his case first, his closing first and his final argument. I will take your clients' depositions first. We can work out the dates. You are in receipt of discovery for both your clients; I will expect complete answers and responses promptly. I will be in touch regarding scheduling of your clients' depositions, which will take place in Florida in person.

Jonathan

2/16/2006