# EXHIBIT C

# February 3, 2006 E-mail – M. Reynolds to J. Sadowski

## Margaret E. Reynolds

**From:** Margaret E. Reynolds
**Sent:** Friday, February 03, 2006 11:33 AM
**To:** James D. Sadowski
**Subject:** Protective Order payment

I spoke to Alfreda Ludd of the Registry Office on Feb. 3, 2006. She said that Mr. Daily informed her that he would be wiring the payment to the Registry Office (she thinks this conversation was on Tuesday, Jan. 31). They have not yet received the money.

Margaret E. Reynolds
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, DC 20036
Telephone: (202) 452-1400, x341
Facsimile: (202) 452-1410
E-Mail: mer@gdllaw.com

INTERNAL REVENUE SERVICE CIRCULAR 230 DISCLOSURE: AS PROVIDED FOR IN TREASURY REGULATIONS, ADVICE (IF ANY) RELATING TO FEDERAL TAXES THAT IS CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY PLAN OR ARRANGEMENT ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS ONLY INTENDED FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE, OR COPYING IS STRICTLY PROHIBITED, AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE FOLLOWING: administrator@gdllaw.com. THANK YOU.