IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN C. DAILEY,<br><br>      Plaintiff,<br><br>v.<br><br>SUNGAH PARK, et al.,<br><br>      Defendants. | Case No.: 1:05-CV-02012<br>Judge Ricardo M. Urbina |

### ORDER ENTERING JUDGMENT FOR POSSESSION

This matter is before the Court on the Defendants' Motion For Judgment Based Upon Plaintiff's Willful Failure to Comply With the Consent Protective Order ("Motion"), and the Defendant's _____ thereto. Upon a review of the record, the Court finds good cause exists to grant the relief requested.

Accordingly, it is this _____ day of _____, 2006, hereby

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that the Plaintiff's defenses to Defendant Park's counterclaim for possession be, and the same hereby are, STRICKEN from the record; and it is

FURTHER ORDERED, that a judgment for possession be entered in favor of Defendant Park and against the Plaintiff, Jonathan C. Dailey, for the premises located at 1080 Wisconsin Avenue, N.W., Unit 2006, Washington, D.C. 20007.

_____
Judge Ricardo M. Urbina

COPIES TO:

James D. Sadowski, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W. - Suite 900
Washington, D.C. 20036-5605
*Counsel for Defendants*

Jonathan C. Dailey, Esq.
3 Bethesda Metro Center - Suite 530
Bethesda, MD 20814
*Pro Se Plaintiff*

282773v1