IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN C. DAILEY, | : |
| Plaintiff, | : |
| v. | : |
| SUNGAH PARK, | : Case No.: 1:05-CV-02012 |
| and | : Judge Ricardo M. Urbina |
| AYAL FACTOR, | : |
| Defendants. | : |

**OPPOSITION TO DEFENDANTS' MOTION FOR POSSESSION**

Plaintiff, pro se, opposes Defendants' Motion for Possession on the grounds set forth as follows:

On Friday, February 17th, 2006, $4,500 was wired into the Court's registry, pursuant to this Court's consent protective Order. This payment represents three $1,500 payments that were due in the months of December, January and February. Although the Plaintiff apologizes to the Court and to the Defendants for the tardy payment, there is no prejudice as the full amount due and owing has been paid. Plaintiff had anticipated making the payments pursuant to the Order and pursuant to his representations to counsel, but the expected income had not been generated in time do so.

It is important to note that the difficulty making timely protective order payments is a direct consequence of the actions of the Defendants. Without repeating the allegations that have been made in previous filings, in 2005, when Plaintiff attempted to repurchase his condominium and Defendants refused, the refusal sent Plaintiff into a financial tailspin. Plaintiff was counting

on the nearly $300,000 in equity that he worked for years to secure to provide him with financial security and flexibility in his career path. Plaintiff had been developing plans to pursue a "dual" track in his career of investment banking and law. It was known, however, that Plaintiff's pursuit of investment banking would take time to generate income and Plaintiff had planned to rely upon his equity to provide financial support until what is largely a commission based profession generated revenue. Meanwhile, since Plaintiff had to dedicate time to the pursuit of investment banking, he had to change his status to a non-salaried position of "Of Counsel" to his law firm.

These points notwithstanding, Plaintiff is confident he will prevail as this case moves forward and the actions of the Defendants are revealed. Nevertheless, Plaintiff understands that Defendants are entitled to a protective order payment insofar as Plaintiff maintains possession of the property. Plaintiff consented to the $1,500 payment and has been and will continue to do everything he can to make timely payments.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court DENY Defendants' Motion for Possession.

Respectfully submitted,

JONATHAN C. DAILEY, *pro se*

Dated: February 21st, 2006

_____,
1080 Wisconsin Avenue, NW
Unit 2006
Washington, DC 20007
Telephone: (202) 337-1251

2