IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN C. DAILEY, | : |
| Plaintiff, | : |
| v. | : |
| SUNGAH PARK, | : Case No.: 1:05-CV-02012 |
| and | : Judge Ricardo M. Urbina |
| AYAL FACTOR, | : |
| Defendants. | : |

**MOTION TO EXTEND PROTECTIVE ORDER PAYMENT**

The Plaintiff, Jonathan C. Dailey, <u>pro se</u>, moves this Court to extend the deadline for Plaintiff's March 5th, 2006, protective order payment to March 10th, 2006. In support of this Motion, the Plaintiff states as follows:

<u>ARGUMENT</u>

Plaintiff is required to make a protective order payment of $1,500 on March 5, 2006. Because the 5th is a Sunday, the payment is due March 6th, 2006. Plaintiff needs an additional four business days to wire the payment to the Court. Plaintiff is waiting on the receipt of funds that will allow this payment to be made by or before March 10th, 2006. Plaintiff is expecting funds to make this payment on or about March 6th, however, he requires time for the funds to clear his account and to wire those funds to the Court. Defendants do not consent to this motion.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court permit Plaintiff to make his March, 2006, protective order payment by or before March 10th, 2006.

                                                Respectfully submitted,

                                                JONATHAN C. DAILEY, *pro se*

Dated: March 05, 2006                              _____,
                                                3 Bethesda Metro Center, Suite 530
                                                Bethesda, MD  20814
                                                Washington, DC 20007
                                                Telephone: (301) 718-1900