## James D. Sadowski

**From:** Jonathan C. Dailey [Jonathan@ClearCreekPartners.com]
**Sent:** Tuesday, March 07, 2006 1:20 AM
**To:** Joshua M. Greenberg; James D. Sadowski
**Subject:** Dailey v. Factor, et al.

Jim,

First, if you or anyone from your firm contacts my tenant again, I will sue your firm for intentional interference with contractual relations. One more contact with him, and I will file suit in Superior Court.

Second, I want to call the Court tomorrow (Tuesday) to discuss the fact that your discovery responses are long overdue. I will not file a motion to compel your responses until the Court has an opportunity to hear your excuse. If you do not participate in this call, I will consider it waived and file my motion to compel.

Jonathan