IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN C. DAILEY,<br><br>*Plaintiff,*<br><br>v.<br><br>SUNGAH PARK, et al.,<br><br>*Defendants.* | Case No.: 1:05-CV-02012<br>Judge Ricardo M. Urbina |

### CONSENT MOTION TO SEAL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO SEAL

COMES NOW THE DEFENDANTS, Sungah Park and Ayal Factor, by counsel, with the consent of the Plaintiff, Jonathan C. Dailey, and hereby move this Honorable Court to enter an order sealing certain documents. In support of their Consent Motion, the parties state as follows:

1. The documents to be sealed are the Consent Motion to Approve Settlement Agreement and the accompanying Exhibit (a private, written settlement agreement). Pursuant to Local Civil Rule 5.1(j), those documents have been tendered to the Clerk in an appropriately marked and sealed envelope.

2. This case is about a dispute under a Repurchase Option Contract ("Contract") involving a residential condominium unit located at 1080 Wisconsin Avenue, N.W., Unit 2006, Washington, D.C. (the "Property").

3. At the mediation that was held before the Honorable Alan Kay on March 13, 2006, the parties entered into a written settlement agreement, the terms of which were memorialized in a document entitled "Memorialization of Settlement Agreement Reached at

Mediation" ("Preliminary Settlement").

4. The Preliminary Settlement contemplated the later preparation of a more comprehensive written settlement agreement and mutual release. On March 15, 2006, the parties jointly prepared and approved the "Settlement Agreement and Mutual Release" that was signed by the parties in counterparts ("Settlement Agreement").

5. The Settlement Agreement contemplates Court approval so that the Court can retain jurisdiction to enforce the Settlement Agreement, if necessary. The Settlement Agreement also contains a confidentiality provision.

6. This Consent Motion to Seal is being filed in order to comply with the confidentiality provision of the Settlement Agreement.

7. This Court has the authority to seal the Consent Motion to Approve the Settlement Agreement and the accompanying Exhibit. See e.g., Equal Empl't Opportunity Comm'n v. Nat'l Children's Center, Inc., 98 F.3d 1406, 1409-10 (citing Johnson v. Greater Southeast Community Hosp. Corp., 293 U.S. App. D.C. 1, 951 F.2d 1268, 1277 (D.C. Cir. 1991)). Although there is a strong presumption in favor of public access to judicial proceedings, the Settlement Agreement in this case is not "the quintessential business of the Court," but rather a private agreement that has little, if any, impact on the public. See Equal Employment, 98 F.3d at 1409.

8. The six factors the Court should consider with respect to a motion to seal are: (1) the need for public access to the documents at issue; (2) the extent of previous public access to the documents; (3) the fact that someone has objected to disclosure, and the identity of that person; (4) the strength of any property and privacy interests asserted; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced during the judicial proceedings. Equal Employment, 98 F.3d at 1409-10 (citing

United States v. Hubbard, 208 U.S. App. D.C. 399, 650 F.2d 293, 317-22 (D.C. Cir. 1980)).

9. An application of the Hubbard factors shows that the Court should seal the Consent Motion to Approve the Settlement Agreement and the accompanying Exhibit. There is no need for public access to the Settlement Agreement; the public has not expressed an interest in this case; the parties jointly request keeping the Settlement Agreement confidential; there is no public interest at issue in the case; there is no prejudice to the public; and the purpose of introducing the Settlement Agreement into the record is provide the Court with a copy so that the Court can enforce it, if necessary.

WHEREFORE, for these reasons, the parties request that the Court grant their Consent Motion to Seal. A proposed order is attached.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

_____
James D. Sadowski, No. 446635
Richard W. Luchs, No. 243931
1620 L Street, N.W. - Suite 900
Washington, D.C. 20036-5605
(202) 452-1400
*Counsel for Defendants*

JCD by JS w/ e-mail consent
_____
Jonathan C. Dailey, Esq.
3 Bethesda Metro Center - Suite 530
Bethesda, MD 20814
*Pro Se Plaintiff*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Consent Motion To Seal was filed by hand with the Court this 18th day of April, 2006, and sent by first class mail and electronic mail (as indicated) to the following person(s)

>Jonathan C. Dailey
>3 Bethesda Metro Center
>Suite 530
>Bethesda, MD 20814
>*Pro Se Plaintiff*
>*Jonathan@ClearCreekPartners.com*
>
>Jonathan C. Dailey
>1610 Little Raven Street
>Unit 410
>Denver, CO 80212
>*Pro Se Plaintiff*

>/s/ James D. Sadowski
>James D. Sadowski

287540v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN C. DAILEY,<br><br>       Plaintiff,<br><br>v.<br><br>SUNGAH PARK, et al.,<br><br>       Defendants. | Case No.: 1:05-CV-02012<br>Judge Ricardo M. Urbina |

**ORDER GRANTING CONSENT MOTION TO SEAL**

This matter is before the Court on the parties' Consent Motion to Seal ("Consent Motion"). Upon a review of the record, the Court finds that good cause exists to grant the relief requested.

Accordingly, it is this _____ day of _____, 2006, hereby

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that the Clerk shall retain under seal the Consent Motion to Approve Settlement Agreement and the accompanying Exhibit (Settlement Agreement and Mutual Release; and it is

FURTHER ORDERED, that the Consent Motion to Approve Settlement Agreement and the accompanying Exhibit (Settlement Agreement and Mutual Release) will remain under seal pending further order of this Court.

_____
Judge Ricardo M. Urbina

COPIES TO:

James D. Sadowski, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W. - Suite 900
Washington, D.C. 20036-5605
*Counsel for Defendants*

Jonathan C. Dailey, Esq.
3 Bethesda Metro Center
Suite 530
Bethesda, MD 20814
*Pro Se Plaintiff*

287541v1