EXHIBIT D



# Washington, DC Jurisdictional Addendum
### (REQUIRED NOTICE AND DISCLOSURE ADDENDUM FOR USE WITH THE REGIONAL CONTRACT)



## Greater Capital Area Association of REALTORS®, Inc.

The Contract of Sale between _____SUNG AH PARK_____, Seller, and
_____JONATHAN C. DAILEY_____ AND ____TABITHA FITZGERALD____ Buyer, dated APRIL 2006
for the sale of Lot ____1200____ Square ____2217____ Parking Space _____
Subdivision/Condominium Project
_____1080 WISCONSIN AVE NW_____ Washington, DC, ____20007____ also known as
(Address)                                                          (Zip)
is hereby amended by the incorporation of the following paragraphs, which shall supersede any provisions to the contrary in the Contract.

**1. LEAD - BASED PAINT HAZARD.** A Seller who fails to give the required Lead-Based Paint Disclosure Form and Pamphlet may be liable under the Act for three times the amount of damages. The Seller represents that residential Property ☐ was built prior to 1978 OR ☐ was not built prior to 1978 OR ☐ building date is uncertain. If the dwelling(s) was built prior to 1978 or if the building date is uncertain, this Contract is not complete and not ratified unless it includes, and the Seller and Buyer both accept, the following two amendatory forms: A. Lead-Based Paint Disclosure Form, AND B. Lead-Based Paint Inspection Contingency Addendum OR Waiver of Lead-Based Paint Inspection Contingency. The Seller and any agent involved in the transaction are required to retain a copy of the completed Lead-Based Paint Disclosure form for a period of 3 years following the date of settlement. The Seller and Buyer acknowledge by their respective initials below that they have read and understand the provisions of this paragraph.

_____/_____ Seller's Initials            _____/_____ Buyer's Initials

**2. SELLER DISCLOSURE.** Buyer acknowledges receipt of the Seller's Disclosure Statement pursuant to D.C. Code 45-951 prior to the submission of the offer ☐ Yes ☐ No.

_____/_____ Buyer's Initials

**3. RECORDATION AND TRANSFER TAXES.** The D.C. Recordation Tax will be paid by the Buyer and the D.C. Transfer Tax will be paid by the ~~Seller~~ Buyer.  _initial_ _initial_

**4. D.C. SOIL DISCLOSURE REQUIREMENTS.** The characteristic of the soil on the subject Property as described by the Soil Conservation Service of the United States Department of Agriculture in the Soil Survey of the District of Columbia published in 1976 and as shown on the Soil Maps of the District of Columbia at the back of that publication is _____

For further information, the Buyer can contact a soil testing laboratory, the District of Columbia Department of Environmental Services, or the Soil Conservation Service of the Department of Agriculture.

**5. TENANCY.** Seller represents that property ☐ is ☐ is not subject to an existing residential lease or tenancy.
  a.  If the Property is tenant occupied, Buyer hereby certifies that Buyer ☐ will ☐ will not occupy the Property.

  b.  **The Property is sold and shall be conveyed free of existing tenancy except as follows:**
_____
(hereinafter the "Tenant(s)"). Without the prior written consent of Buyer (which shall not be unreasonably withheld) Seller shall not modify the terms or terminate such tenancy, except for non-payment of rent or enter into any new leases or tenancies with respect to the Property. Seller represents to Buyer and Agents that on _____ (date), Seller has provided to the Tenant(s) a written notice of the intended sale of the Property and a bona fide offer of sale or will provide same pursuant to the following paragraph. Seller and Buyer further acknowledge that, in addition to the rights under the bona fide offer of sale, the Tenant(s) has an additional fifteen (15) day right of first refusal to purchase the Property during the period specified by District of Columbia law and regulations.

© 2001, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

omputer generated using AutoContract™ v6.04 software, from AutoRealty Products, Inc., 1080 W. Pipeline, Suite 101, Hurst, TX 76053, (800) 922-1178
is installation of AutoContract™ is licensed for use to: Weichert, Realtors®, and is not transferable. Use by others is a violation of federal copyright law under Title 17 U.S.C. §101.

C:\Program Files\ACWin\WA\Files\1080 WISCONSIN AVE.000
printed 04-11-2006

*Dailey does not disclose that property is subject to an existing tenancy (his subtenant) ??*