# EXHIBIT E

## James D. Sadowski

| | |
|---|---|
| **From:** | WPA Fax |
| **Sent:** | Monday, April 24, 2006 5:58 PM |
| **To:** | James D. Sadowski |
| **Cc:** | Margaret E. Reynolds |
| **Subject:** | 9 page Rcvd Fax from Tabitha Fitzgerald, fwd by Receive Admin |



4RJ~J001.TIF (253 KB)

    The attachment to this message is an electronic FAX forwarded to you from the Receive Administrator or another Firm Member. It is one multi-page TIFF file with all pages of the fax included.

You can view, print or forward to other firm members as follows:

1. Double-Click on the attachment icon.
2. Use either the pull-down menus or the icons on the toolbar to adjust the view or navigate through the fax.
3. Use either File/Print or the printer icon to print the fax to any desired printer.
4. You can also "Send Fax" or "Forward" to another firm member by using the "File/Send Fax" or "File/Forward" pull-down menu actions.

Important:

If the fax was sent to you by mistake, use e-mail REPLY with some comment as to why you are returning it to the original sender. This fax will remain available for 15 days only and will then be automatically purged from the network!

<< File:I:\FAXRCVD\4RJ~J001.TIF >>

1

**i want a LowRate.com**

## FACSIMILE TRANSMITTAL SHEET

TO: Jim Sadowski
COMPANY: Greenstein, DeLorme
FAX NUMBER: 202.452.1410
PHONE NUMBER:

FROM: Tabitha Fitzgerald
DATE: 4/24/06
TOTAL NO. OF PAGES INCLUDING COVER:
SENDER'S EMAIL ADDRESS: Tabitha@iwantalowrate.com

RE: Dailey, Jonathan and Park, Sungah
YOUR REFERENCE NUMBER:

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

6301 IVY LANE, SUITE 601, GREENBELT, MARYLAND 20770
PHONE 301.345.6005   FAX 301.345.9657

AFTER RECORDING RETURN TO:
DAVID H. SANDLER, ESQ.
8201 CORPORATE DRIVE #1120
LANDOVER, MARYLAND 20785
301 429 0022

## DEED CONVEYING REAL ESTATE

THIS Deed made this April    , 2006, by and between SUNGAH PARK, SOLE OWNER hereinafter referred to as Party(s) of the First Part, and JONATHAN C. DAILEY, SOLE OWNER, hereinafter referred to as Party(s) of the Second Part.

WITNESSETH, That in consideration of the sum of Three Hundred Forty-Seven Thousand and 00/100 ($347,000.00), the said receipt of which is hereby acknowledged, and which the Party of the First Part certifies under penalties of perjury as the actual consideration paid or to be paid, including the amount of any mortgage or deed of trust outstanding, the said Party of the First Part do(es) grant and convey to the said Party of the Second Part the fee simple in all that lot of ground situate in District of Columbia, and described as follows:

BEING KNOWN AND DESIGNATED AS PART OF LOT 65 IN SQUARE 1200 IN A SUBDIVISION MADE BY GEORGETOWN PARK ASSOCIATES, AS PER PLAT RECORDED IN LIBER 167 AT FOLIO 171, AMONG THE RECORDS OF THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA.

BEING THE SAME PROPERTY CONVEYED BY DEED DATED AUGUST 27, 2003 FROM JONATHAN C. DAILEY UNTO SUNAH PARK AND RECORDED AMONG THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA ON SEPTEMBER 2, 2003 IN INSTRUMENT #2003111875.

Property Known as:
1080 WISCONSIN AVENUE NW, #2006
WASHINGTON, D.C. 20007
Tax Id. No. 1200-2217
TITLE INSURER: FIRST AMERICAN TITLE INSURANCE COMPANY

To have and to hold said land and premises above described or mentioned and hereby intended to be conveyed, together with the buildings and improvements thereupon erected, made or being and all and every title, right, privileges, appurtenances and advantages thereunto belonging, or in anywise appertaining, unto and for the proper use only, benefit and behalf forever of said Party of the Second Part, in FEE SIMPLE AS SOLE OWNER

And the said Party of the First Part does hereby covenant that she has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that she will warrant the property hereby granted; and that she will execute and further assurances of the same as may be requisite.

IN WITNESS WHEREOF, the said Party of the First Part has set her hand(s) and seal(s) the year and day first above written.

_____   _____
Witness                   SUNGAH PARK

State of
County of

I HEREBY CERTIFY that on this April    , 2006, before the subscriber, a Notary Public of the State aforesaid, personally appeared SUNGAH PARK (or satisfactorily proven) to be the person whose names is/are set forth in the within Deed, and did further acknowledge that she executed the foregoing Deed for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My Commission Expires:

This is to certify that the within instrument has been prepared (i) by or under the supervision of the undersigned Maryland attorney, or (ii) by a party to this instrument.

_____
David H. Sandler, Esq.
File No.: 06-2408

2

SANDLER TITLE & ESCROW
8201 CORPORATE DRIVE
SUITE 1120
LANDOVER, MD 20785
TEL (301) 429-0022
FAX (301) 429-0285

# Document Intake Sheet

**Client Name:**

## Land Document (s)

___ Deed
___ Agreement
___ Trust
___ Deed of Release
___ Lis Pendens
___ Financing Statement
___ Appointment Sub Trust
___ Power of Attorney
___ Assignment
___ Trustees Deed
___ Foreclosure
_✓_ Certificate of Satisfaction
___ Subordination Agreement
___ Conservatorship/Guardianship
___ Covenant
___ Declaration
___ By-Laws
___ Re-recording (s)
___ Modifications
___ Leases
___ Tax Sale Deed
___ Easements
___ Economic Interest Deed
___ Condo Lien/Release
___ Tax Sale Certificate/Release

## General Document (s)

___ Financing Statement(s)
___ Amend, Contin, Term, Rel
___ Mechanic's Lien
___ Judgment /Order
___ Praecipe
___ DC Tax Lien
___ US Tax Lien
___ Water /Sewer Liens
___ Release DC Tax Lien
___ Release US Tax Lien
___ Water/Sewer Lien Release
___ Unemployment Liens
___ Wrongful Housing Liens
___ Unemployment Lien Release
___ Release Wrongful Housing Liens
___ Healthcare Liens
___ Release Healthcare Lien
___ Notice of Condemnation
_____
_____

Number of Printed Pages:_____

**CONSIDERATION:**
1.1%_____
Taxable Amount _____
Construction Loan _____
Total Amount $_____

1.5%_____
Exempt _____
$250 Penalty x_____
Check Number:_____

If More than One Document for this Check, Please Complete Below:
This is Document Number (Circle: ie: 2 of 3):
1   2   3   4   5   6   7   8   9   10

of

1   2   3   4   5   6   7   8   9   10   Total Docs

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF TAX AND REVENUE**
Recorder of Deeds – 515 D Street N.W. Washington DC, 20001 Phone 727-5374

**Real Property Recordation and Transfer Tax Form FP 7/C**

**Part A - Type of Instrument:**
Deed [ ]  Tax Deed [ ]  Deed of Trust [ ]  Trustee Deed [ ]  Easement [ ]  Modification [ ]  Lease [ ]
Other:

**Part B - Property Description/Data/Property Being Conveyed**

☐☐☐☐   ☐☐☐☐   ☐☐☐☐   or New Account Needed ☐   Exemption Request ☐
Square        Suffix        Lot

(For a new lot please mark new lot needed with an X and place the old lot or parent lot SSL# in Boxes)
If more than one lot, list Square Suffix Lots below or attach addendum:

Square and/or Parcel _____ Lot(s) _____

Property Address _____
                    Street Number    Street Name            Quadrant         Unit Number _____

Property Use:  Residential [ ]  Commercial [ ]  Condominium [ ]  Apartment [ ]
In addition to the use above, is this property being rented? Yes [ ] No [ ]

Interest Transferred: Fee [ ] Leasehold Land [ ] Leasehold Improvements [ ] Easement [ ] Other [ ] Interest
Conveyed _____ %  Does this transfer include Condo Parking: Yes [ ] No [ ] If yes,
What is the Parking Account? - Square _____ Suffix _____ Lot _____

Sale Type: Single/Parcel Improved – Arms Length [ ], Single/Parcel Vacant – Arms Length [ ],
Multiple Parcels – Arms Length [ ], Not Arms Length [ ]

Date of Deed: _____ Consideration $ _____ (Part I, Line #1)
Was personal property included in this transfer? Yes [ ] No [ ]
If Yes, What Type? _____ Estimated Value $ _____

**Part C - Instrument Submitted by or Contact Person:**
Name: _____  Firm: _____
Address: _____

**Part D - Return Instrument To:**
Name: _____  Firm: _____
Address: Unit# _____ Street # _____ Street Name _____
City _____ State _____ Zip _____ Phone: (   )

**Part E - Exemption Application**
Recordation Tax Yes [ ] No [ ]           Transfer Tax Yes [ ] No [ ]
Reason for Recordation Tax Exemption #    Reason for Transfer Tax Exemption #

**Part F - Grantee Notification:**
1. Homestead/Senior Deduction - Is the property being transferred described in Part B, going to be used as an owner occupied residential property by the new owner? Yes [ ] No [ ]  Is an application filed with this transfer? Yes [ ] No [ ]
2. Mixed Use Tax Class – Will this property be a mixed use property? Yes [ ] No [ ]
3. Low Income Tax Abatement – Low income home owners may qualify for a 5 year tax abatement. If you are a low income homeowner you must complete and attach a Low Income Tax Abatement Application. If qualified, the tax abatement will begin for the first tax year following the transfer.

square _____ Suffix _____

**Part G – Grantor(s) Information**

Grantor _____
Grantor _____
Grantor _____
Address _____
Grantor _____
Phone: _____

Grantor Tenancy: Tenants in Common [ ] Joint Tenants [ ] Trustee [ ] Tenants by Entireties [ ] Sole [ ]
Grantor - Social Security Number or Federal ID:

**Part H – Grantee (s) Information**

Grantee _____
Grantee _____
Grantee _____
Address _____
Grantee _____
Phone: _____

Grantee Tenancy: Tenants in Common [ ] Joint Tenants [ ] Trustee [ ] Tenants by Entireties [ ] Sole [ ]
Interest Acquired _____ Grantee - Social Security Number or Federal ID:

**Part I – Mailing Address for Grantee (If different from Part H)**

Last Name _____ First Name _____ Middle Name _____

Address: Unit # _____ Street # _____ Street Name _____

City _____ State _____ Zip _____ Phone: _____

**Part J – Consideration and Financing** (complete all items – insert zero if no amount)

Cash                $ _____
First Mortgage      $ _____
Second              $ _____
Assumed             $ _____
Other               $ _____

1. Total Consideration ............................................................$ _____
2. If no consideration, use Assessed Value (See Assessment Roll) ...$ _____

**Part K – Computation of Tax**

1. Recordation Tax: 1.1% of Line 1 or Line 2 Part J = Recordation Tax Due   $ _____
2. Transfer Tax: 1.1% of Line 1 or Line 2 Part J = Transfer Tax Due          $ _____
3. Total of Line 1 and Line 2 ..............................................................$ _____

**Part L – Affidavit (Part A to L)**

I/We hereby swear or affirm under penalty of perjury that this return, including any accompanying schedules, documents and statements, has been examined by me/us and to the best of my/our information, knowledge and belief the statements and representations are correct and true. I/We hereby acknowledge that any false statement or misrepresentations I/We made on this return is punishable by criminal penalties under the laws of the District of Columbia.

| Grantor(s) | | Grantee(s) | |
|---|---|---|---|
| Typed Name | Signature | Typed Name | Signature |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Date _____                                Date _____

Subscribed to and sworn to before me by Grantor(s) this _____ day of _____, 2___

Subscribed to and sworn to before me by Grantee(s) this _____ day of _____, 2___

_____                        _____
Notary Public                                  Notary Public

THIS INFORMATION IS SUBJECT TO AUDIT WITHIN THREE YEARS OF FILING. PLEASE KEEP ALL SUPPORTING DOCUMENTATION.

# ADDENDUM TO HUD-1 SETTLEMENT STATEMENT

TAX ADJUSTMENTS: If proration of taxes and assessments was made on estimates prior to receipt of actual bills, the parties hereto agree to adjust the prorations shown hereon when the actual bills are received. Payments of outstanding real estate taxes not paid at settlement are assumed by the purchaser.

SUBJECT TO FINAL AUDIT: All computations are subject to final audit. Any error discovered may be corrected by the Company in which event the parties hereto agree to immediately reimburse the Company for any error made in their favor, and for the cost of the collection of same, if necessary, including reasonable attorney's fees.

EXISTING LIENS: The Sellers certify that there are no bankruptcy proceedings, Deeds of Trusts, Mortgages, Special Assessments, or HOA Dues, levied or pending, or other liens affecting the property other than those shown on page 1 of hereof, and if there are such liens, the Sellers hereby guarantee payment and release of same.

The undersigned, for and in consideration of the Company's preparation of closing documents and the conducting of closing, agree, that if requested, they will fully cooperate, adjust and correct all TYPOGRAPHICAL OR CLERICAL ERRORS discovered in any or all of the closing documents executed by the undersigned at settlement. The undersigned appoint the Company and its designees as their attorney-in-fact to correct any such errors, place our initials on documents where changes are made, and/or sign our names to and acknowledge any document or form adjusting or correcting such errors.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

| BUYER/BORROWERS | SELLERS |
|---|---|
| JONATHAN C. DAILEY | SUNGAH PARK |

Buyer Phone # _____  Seller Phone # _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

SANDLER TITLE & ESCROW, LLC

SETTLEMENT AGENT          DATE

CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL SETTLEMENT STATEMENT CONSISTING OF 3 PAGES. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

# LAWYERS TITLE INSURANCE CORPORATION

## SELLER'S/BORROWER'S AFFIDAVIT

State of _____,
County of _____,

THIS AFFIANT, whose address is 1080 WISCONSIN AVENUE NW, #2006 WASHINGTON, D.C. 20007

BEING DULY CAUTIONED AND SWORN, DEPOSES AND SAYS THAT:
1. Affiant is the owner of 1080 WISCONSIN AVENUE NW, #2006, WASHINGTON, D.C. 20007 (the "Property").
2. No person other than the Affiant is in possession or has right to possession of the property except _____.
3. Affiant has no knowledge of any unrecorded easement, or claim of easement, affecting the property except _____.
4. Any and all repair or improvement of the property within the last 180 days was completed and paid for except _____.
5. There are no unpaid real estate taxes or assessments affecting the property except those currently due and payable and no notice has been received regarding future or pending special assessments except _____.
6. Affiant has delivered no unrecorded deed, deed of trust, mortgage or lien affecting the property except _____.
7. There are no unrecorded contracts of sale or leases affecting the property which contain a right of first refusal or an option to purchase the fee simple title to the property except _____.
8. There have been no changes to the exterior dimension of the improvements located on the property since the Plat of Survey made by _____ dated _____.
9. I have/have not provided SANDLER TITLE & ESCROW, LLC with an owner's title insurance policy dated less than 10 years which would provide me with a discount/re-issue rate on my lender's title insurance for this refinance/purchase.

THIS AFFIDAVIT IS MADE FOR THE PURPOSE OF INDUCING LAWYERS TITLE INSURANCE CORPORATION to issue a title insurance policy or policies or other title evidence, and if acting as escrow or closing agent, then to disburse any funds held as escrow or closing agent. Affiant hereby indemnifies and agrees to hold harmless LAWYERS TITLE INSURANCE CORPORATION against any damages or expense, including but not limited to attorney's fees, sustained as a result of any of the foregoing matters not being true and accurate. ("Affiant" is used herein for singular or plural, the singular shall include the plural, and any gender shall include all gender as the context shall require.)

That my forwarding address is as follows: _____
_____

_____(SEAL)
SUNGAH PARK

_____(SEAL)

SUBSRIBED AND SWORN TO BEFORE ME, a Notary Public for the aforesaid jurisdiction, this April 27th, 2006.

_____(SEAL)
Notary Public

My Commission Expires:_____