# EXHIBIT F

## James D. Sadowski

**From:** James D. Sadowski
**Sent:** Friday, April 14, 2006 10:17 AM
**To:** 'Jonathan C. Dailey'
**Cc:** Richard W. Luchs; Joshua M. Greenberg
**Subject:** RE: Settlement and Closing

Jonathan:

1. The Defendants have complied witht their obligations under the Settlement Agreement and will continue to do so.

2. You have acknowledged that you do not have a copy of the Settlement Agreement, so I suggest that you obtain one from your broker (whom you said has the only copy) and read it again so that you don't continue to send erroneous, improper threats, as you have done repeatedly this week.

3. Any call to Judge Urbina would be inappropriate and in violation of his Standing Order, which is available using the ECF system, so I suggest that you log on and read it again. You have already been warned (and subject to a show cause order) for violating Judge Urbina's orders.

4. If you decide to take matters into your own hands and contact chambers, Jurdge Urbina can call our office receptionist and she will provide the Judge with a phone number where I can be reached today, which is Good Friday. I will be unavailable after 2:10 pm as I turn off my cell phone when I go to church.

Jim


James D. Sadowski, Esquire
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W.
Suite 900
Washington, D.C. 20036
Phone: 202.452.1400, x311
Fax: 202.452.1410
E-mail: jds@gdllaw.com

INTERNAL REVENUE SERVICE CIRCULAR 230 DISCLOSURE: AS PROVIDED FOR IN TREASURY REGULATIONS, ADVICE (IF ANY) RELATING TO FEDERAL TAXES THAT IS CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY PLAN OR ARRANGEMENT ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS ONLY INTENDED FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE, OR COPYING IS STRICTLY PROHIBITED, AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT administrator@gdllaw.com. THANK YOU.

-----Original Message-----
**From:** Jonathan C. Dailey [mailto:Jonathan@ClearCreekPartners.com]
**Sent:** Thursday, April 13, 2006 10:41 PM
**To:** James D. Sadowski; Joshua M. Greenberg

**Cc:** Richard W. Luchs
**Subject:** Settlement and Closing

Counsel,

You appear to have chosen to refuse to communicate with me on general issues not covered under the "notice" provisions of the settlement agreement. If I do not receive confirmation by tomorrow 2:00 pm (EST) that the appropriate documents have been received and will be returned no later than Monday, April 17th, and if I do not receive confirmation of whether Ms. Park intends to attend settlement, I will conference Judge Urbina's chambers on an emergency basis to request a hearing, either by phone or in person, regarding your failure to abide by the terms of the settlement agreement and for your inexplicable failure to communicate with me regarding details of the settlement and scheduling. If you do not respond to this notice, I will conference the jude ex parte tomorrow at 2:00 pm (EST) and relay your failures to communicate with me directly to the Court.

Jonathan

5/4/2006