# EXHIBIT H

## James D. Sadowski

**From:** Jonathan C. Dailey [Jonathan@ClearCreekPartners.com]
**Sent:** Thursday, April 13, 2006 10:41 PM
**To:** James D. Sadowski; Joshua M. Greenberg
**Cc:** Richard W. Luchs
**Subject:** Settlement and Closing

Counsel,

You appear to have chosen to refuse to communicate with me on general issues not covered under the "notice" provisions of the settlement agreement. If I do not receive confirmation by tomorrow 2:00 pm (EST) that the appropriate documents have been received and will be returned no later than Monday, April 17th, and if I do not receive confirmation of whether Ms. Park intends to attend settlement, I will conference Judge Urbina's chambers on an emergency basis to request a hearing, either by phone or in person, regarding your failure to abide by the terms of the settlement agreement and for your inexplicable failure to communicate with me regarding details of the settlement and scheduling. If you do not respond to this notice, I will conference the jude ex parte tomorrow at 2:00 pm (EST) and relay your failures to communicate with me directly to the Court.

Jonathan

5/4/2006