# EXHIBIT I

**James D. Sadowski**

**From:** James D. Sadowski
**Sent:** Monday, April 17, 2006 5:40 PM
**To:** 'Tabitha Fitzgerald'
**Cc:** 'Jonathan C. Dailey'; 'Jonathan Dailey'
**Subject:** RE: Park/Dailey

Tabitha:

1. It is not ordinary practice to provide a Seller's social security number.

2. You will need to contact World Savings for the payoff amounts. World Savings will need to know the exact closing date as the payoff amount will vary based on this date. The contact number for World Saving is:

WORLD SAVINGS
(800) 642-0257
Monday - Friday:  8AM - 8PM
Saturday:         8AM - 5PM
Central Time

SUNGAH PARK = borrower
1ST Mortgage Loan Number: 22448237
2ND Mortgage Loan Number: 32075350

3. I just was on the phone with Mr. Dailey going over the necessary revisions to the Regional Sales Contract per my letter sent to him earlier today. The appraisal should not be held up by the lack of a signed contract. If the buyer or the buyer's mortgage broker will not conduct an appraisal until a signed sales contract is first received, that is not the seller's problem. The Buyer has had since March 13, 2006 to get the appraisal/sales process rolling, so I strongly encourage the Buyer and his mortgage broker to take all steps necessary to conduct an appraisal, even if that means hiring a private appraiser.

Jim


James D. Sadowski, Esquire
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W.
Suite 900
Washington, D.C.  20036
Phone:  202.452.1400, x311
Fax:    202.452.1410
E-mail:  jds@gdllaw.com




-----Original Message-----
From: Tabitha Fitzgerald [mailto:tdf0711@nextel.blackberry.net]
Sent: Monday, April 17, 2006 1:25 PM
To: James D. Sadowski
Subject: Park/Dailey


Good afternoon. I received your message, and I hope you are feeling better soon.

I need the payoff for Ms. Park's first and second mortgages. Also, the title company needs her social security number to run a judgement report prior to the property transfer. You can forward the information to me and I will forward to the title company or contact them directly; Sandler Title and Escrow, 301.429.0022, Michelle is the contact in the office regarding this file.

1