# EXHIBIT J

**James D. Sadowski**

**From:** David Sandler [davidsandler@msn.com]
**Sent:** Tuesday, April 18, 2006 2:53 PM
**To:** James D. Sadowski
**Subject:** park/dailey

Dear Mr. Sadowski,

>Our office is handling the settlement for the sale of 1080 Wisconsin
>Avenue
>#2006 for Ms. Park.  We were forwarded the information to order the
>payoffs, thank you; however, we will need ms. parks SSN for verification
>purposes. If you could please forward that information on so that we may
>finish up with title.  Also, is there a condominium association on this
>property? If so, do you have a phone number where we can reach them.
Thank you for your help.

David H. Sandler
301-429-0022 (p)
301-429-2739 (f)

1