# EXHIBIT L

**James D. Sadowski**

**From:** Jonathan C. Dailey [Jonathan@ClearCreekPartners.com]
**Sent:** Friday, April 21, 2006 2:49 PM
**To:** James D. Sadowski
**Subject:** Documentation to be signed and faxed to us by Ms. Park

Jim,

1. No party has given you "misinformation" in any respect. What is amazing is that providing a pay off is <u>your client's obligation as this information is unique to her</u>.

2. In any normal purchase, the seller provides the buyer with the pay off information. Our agreement specifically states that Ms. Park recognizes that time is of the essence and she could simply <u>make one phone call and send a quick facsimile to satisfy her obligation to provide me with information necessary to close</u>.

3. Despite your repeated stalling techniques, I am holding off on calling Chambers as I recently as this morning I advised Chambers that it appeared we were working together. I spoke too soon, though I will not reschedule our conference call if your client signs the attached and faxes it back to us immediately.

Jonathan

5/4/2006

BORROWER'S CERTIFICATION AND AUTHORIZATION

I, Sungah Park, have two outstanding loans with World Savings, designated as 1ST Mortgage Loan Number: 22448237 and 2ND Mortgage Loan Number: 32075350.

The property address is 1080 Wisconsin Avenue, NW, Apt. 2006, Washington, D.C. 20007.

The anticipated pay off date is April 27, 2006.

I am authorizing World Savings to provide IWANTALOWRATE.COM with pay off information for both loans noted above. **I am requesting that this information be expedited and sent by facsimile as soon as possible to IWANTALOWRATE.COM at Facsimile Number (301) 345-9657.**

A copy of this authorization may be accepted as an original.

_____

Borrower's Signature            Date