# EXHIBIT M

## James D. Sadowski

**From:** James D. Sadowski
**Sent:** Friday, April 21, 2006 4:06 PM
**To:** 'Jonathan C. Dailey'
**Subject:** World Savings certification

Jonathan:

Enclosed please find the Borrower's Certification and Release signed by Ms. Park for submision to World Savings.

Jim

James D. Sadowski, Esquire
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W.
Suite 900
Washington, D.C. 20036
Phone: 202.452.1400, x311
Fax: 202.452.1410

E-mail: jds@gdllaw.com

INTERNAL REVENUE SERVICE CIRCULAR 230 DISCLOSURE: AS PROVIDED FOR IN TREASURY REGULATIONS, ADVICE (IF ANY) RELATING TO FEDERAL TAXES THAT IS CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY PLAN OR ARRANGEMENT ADDRESSED HEREIN.

## BORROWER'S CERTIFICATION AND AUTHORIZATION

I, Sungah Park, have two outstanding loans with World Savings, designated as 1ST Mortgage Loan Number: 22448237 and 2ND Mortgage Loan Number: 32075350.

The property address is 1080 Wisconsin Avenue, NW, Apt. 2006, Washington, D.C. 20007.

The anticipated pay off date is April 27, 2006.

I am authorizing World Savings to provide IWANTALOWRATE.COM with pay off information for both loans noted above. **I am requesting that this information be expedited and sent by facsimile as soon as possible to IWANTALOWRATE.COM at Facsimile Number (301) 345-9657.**

A copy of this authorization may be accepted as an original.

_____        6/21/06
Borrower's Signature            Date