# EXHIBIT N

## James D. Sadowski

**From:** James D. Sadowski
**Sent:** Monday, April 24, 2006 2:31 PM
**To:** 'Jonathan C. Dailey'
**Subject:** RE: Updated HUD/Ms. Park's delinquent tax debt

Jonathan:

1. It's Monday afternoon and I don't have a revised HUD-1 or a final deed (your last e-mail said that you would send this to me so I would have it this morning).

2. I am advised that the World Savings payments are current and those payments include a property tax component, so no property taxes are owed by Ms. Park.

3. The Defendants never agreed that Ms. Park would be present at closing. The 7 day advanced notice requirement was included in the Settlement Agreement so that Ms. Park would have sufficient lead time to receive closing documents, review them, make/discuss changes (if necessary), sign them, and send them back by express mail prior to closing.

Jim

-----Original Message-----
**From:** Jonathan C. Dailey [mailto:Jonathan@ClearCreekPartners.com]
**Sent:** Saturday, April 22, 2006 1:05 PM
**To:** James D. Sadowski
**Subject:** Updated HUD/Ms. Park's delinquent tax debt

Jim,

I'm going to fax an updated HUD for your review Monday morning. As for the delinquent taxes owed by Ms. Park, it can be resolved either by her (or her agent) showing proof of payment at settlement or she (or her agent) must show up at settlement with certified funds in the amount of the delinquency. She can also elect to have the taxes taken out of her net settlement amount at settlement. The updated HUD reflects this deduction, but it can be eliminated if she shows proof of payment or decides to have the certified funds at settlement. Let me know how she wishes to handle it.

Jonathan

5/4/2006