# EXHIBIT O

**James D. Sadowski**

**From:** Jonathan C. Dailey [Jonathan@ClearCreekPartners.com]
**Sent:** Monday, April 24, 2006 4:07 PM
**To:** James D. Sadowski
**Cc:** DavidSandler@msn.com
**Subject:** Re: Updated HUD/Ms. Park's delinquent tax debt

Jim,

I was out of pocket all day until now. The final Deed and the prelimin HUD are being worked on as we speak. There are both being sent to you be facsimile as soon as they are ready to go. I have spoken with the attorney for the title company. He indicated that there are two standard DC-mandated forms that Ms. Park must sign that are in no way relevant to the terms of our agreement. Those will be faxed this afternoon, as well. On the tax issue, the title company cannot allow title to transfer without proof of payment of the outstanding taxes. What I will ask is whether or not the tax payment can be escrowed after settlement until such time as it can be confirmed that they have been paid. If they have, the payment would be refunded. I'm checking on that point. I was advised by the title company attorney that on a sales transaction of property such as the subject one, it is "impossible" to provide all settlement documents seven days in advance of settlement. Although the critical documents were provided in that timeframe, I have no doubt Judge Urbina will agree that the incidental DC mandatory forms were not contemplated by our agreement. I will call when I'm certain all the documents are being faxed for your review.

Jonathan

> ----- Original Message -----
> **From:** James D. Sadowski
> **To:** Jonathan C. Dailey
> **Sent:** Monday, April 24, 2006 12:30 PM
> **Subject:** RE: Updated HUD/Ms. Park's delinquent tax debt
>
> Jonathan:
>
> 1. It's Monday afternoon and I don't have a revised HUD-1 or a final deed (your last e-mail said that you would send this to me so I would have it this morning).
>
> 2. I am advised that the World Savings payments are current and those payments include a property tax component, so no property taxes are owed by Ms. Park.
>
> 3. The Defendants never agreed that Ms. Park would be present at closing. The 7 day advanced notice requirement was included in the Settlement Agreement so that Ms. Park would have sufficient lead time to receive closing documents, review them, make/discuss changes (if necessary), sign them, and send them back by express mail prior to closing.
>
> Jim
>
> -----Original Message-----
> **From:** Jonathan C. Dailey [mailto:Jonathan@ClearCreekPartners.com]
> **Sent:** Saturday, April 22, 2006 1:05 PM
> **To:** James D. Sadowski
> **Subject:** Updated HUD/Ms. Park's delinquent tax debt

5/4/2006

Jim,

I'm going to fax an updated HUD for your review Monday morning. As for the delinquent taxes owed by Ms. Park, it can be resolved either by her (or her agent) showing proof of payment at settlement or she (or her agent) must show up at settlement with certified funds in the amount of the delinquency. She can also elect to have the taxes taken out of her net settlement amount at settlement. The updated HUD reflects this deduction, but it can be eliminated if she shows proof of payment or decides to have the certified funds at settlement. Let me know how she wishes to handle it.

Jonathan

5/4/2006