# EXHIBIT P

Case 1:05-cv-02012-RMU     Document 25-17     Filed 05/04/2006     Page 1 of 2

## James D. Sadowski

**From:**  James D. Sadowski

**Sent:**  Tuesday, April 25, 2006 4:03 PM

**To:**  'Jonathan C. Dailey'

**Subject:** RE: Please call in reference to pay off

Jonathan:

Our position is that we did not have to call World Savings, but, without waiving that position, Ms. Park called World Savings Customer service today at 3:30 pm and requested expedited processing of the loan payoff info.

I am sending Ms. Park (by e-mail) every final document that we currently have so she can sign and send for FedEx delivery to me tomorrow.

You will also get a letter from me explaining what has recently transpired from the Defendants' perspective.

Jim


James D. Sadowski, Esquire
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W.
Suite 900
Washington, D.C. 20036
Phone: 202.452.1400, x311
Fax: 202.452.1410

E-mail: jds@gdllaw.com

> -----Original Message-----
> **From:** Jonathan C. Dailey [mailto:Jonathan@ClearCreekPartners.com]
> **Sent:** Tuesday, April 25, 2006 3:52 PM
> **To:** James D. Sadowski
> **Subject:** Please call in reference to pay off
>
> Jim,
>
> Please call me when you have taken a position on the question of pay off and World Savings'
> delay. As I said earlier, I would prefer to work this out and feel confident your clients feel the
> same. Since I know you need to speak with them, I will wait to hear from you rather than
> continuously calling. Please reach me at (202) 256-6126. Thanks.
>
> Jonathan

5/4/2006