# EXHIBIT Q

**James D. Sadowski**

| | |
|---|---|
| **From:** | WPA Fax |
| **Sent:** | Tuesday, April 25, 2006 1:47 PM |
| **To:** | James D. Sadowski |
| **Cc:** | Margaret E. Reynolds |
| **Subject:** | 6 page Rcvd Fax from Tabitha Fitzgerald, fwd by Receive Admin |



4RS~J001.TIF (156
KB)

          The attachment to this message is an electronic FAX forwarded to you from the
Receive Administrator or another Firm Member. It is one multi-page TIFF file with all
pages of the fax included.

You can view, print or forward to other firm members as follows:

1.     Double-Click on the attachment icon.
2.     Use either the pull-down menus or the icons on the toolbar
       to adjust the view or navigate through the fax.
3.     Use either File/Print or the printer icon to print the fax
       to any desired printer.
4.     You can also "Send Fax" or "Forward" to another firm member by using
       the "File/Send Fax" or "File/Forward" pull-down menu actions.

Important:

If the fax was sent to you by mistake, use e-mail REPLY with some comment as to why you
are returning it to the original sender. This fax will remain available for 15 days only
and will then be automatically purged from the network!

<< File:I:\FAXRCVD\4RS~J001.TIF >>

# i want a Low Rate .com

## FACSIMILE TRANSMITTAL SHEET

rec'd
4/25/6
JS

| | |
|---|---|
| TO: Jim Sadowski | FROM: Tabitha Fitzgerald |
| COMPANY: Greenstein, DeLorme | DATE: 4/24/06 |
| FAX NUMBER: 202. 452. 1410 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: | SENDER'S EMAIL ADDRESS: Tabitha@iwantalowrate.com |
| RE: Dailey, Jonathan and Park, Sungah | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

2) 262-7750 — e

3) copy of drive line

AFTER RECORDING RETURN TO:
DAVID H. SANDLER, ESQ.
8201 CORPORATE DRIVE #1120
LANDOVER, MARYLAND 20785
301 429 0022

## DEED CONVEYING REAL ESTATE

THIS Deed made this April      , 2006, by and between SUNGAH PARK, SOLE
OWNER hereinafter referred to as Party(s) of the First Part, and JONATHAN C.
DAILEY, SOLE OWNER, hereinafter referred to as Party(s) of the Second Part.

WITNESSETH, That in consideration of the sum of Three Hundred Forty-Seven
Thousand and 00/100 ($347,000.00), the said receipt of which is hereby acknowledged,
and which the Party of the First Part certifies under penalties of perjury as the actual
consideration paid or to be paid, including the amount of any mortgage or deed of trust
outstanding, the said Party of the First Part do(es) grant and convey to the said Party of
the Second Part the fee simple in all that lot of ground situate in District of Columbia,
and described as follows:

BEING KNOWN AND DESIGNATED AS PART OF LOT 65 IN SQUARE 1200 IN A SUBDIVISION
MADE BY GEORGETOWN PARK ASSOCIATES, AS PER PLAT RECORDED IN LIBER 167 AT
FOLIO 171, AMONG THE RECORDS OF THE OFFICE OF THE SURVEYOR FOR THE DISTRICT
OF COLUMBIA.

BEING THE SAME PROPERTY CONVEYED BY DEED DATED AUGUST 27, 2003 FROM
JONATHAN C. DAILEY UNTO SUNAH PARK AND RECORDED AMONG THE OFFICE OF THE
SURVEYOR FOR THE DISTRICT OF COLUMBIA ON SEPTEMBER 2, 2003 IN INSTRUMENT
#2003111875.

Property Known as:
1080 WISCONSIN AVENUE NW, #2006
WASHINGTON, D.C. 20007
Tax Id. No. 1200-2217
TITLE INSURER:  FIRST AMERICAN TITLE INSURANCE COMPANY

To have and to hold said land and premises above described or mentioned and
hereby intended to be conveyed, together with the buildings and improvements
thereupon erected, made or being and all and every title, right, privileges, appurtenances
and advantages thereunto belonging, or in anywise appertaining, unto and for the proper
use only, benefit and behalf forever of said Party of the Second Part, in FEE SIMPLE
AS SOLE OWNER          .

And the said Party of the First Part does hereby covenant that she has not done or
suffered to be done any act, matter or thing whatsoever, to encumber the property hereby
conveyed; that she will warrant the property hereby granted; and that she will execute
and further assurances of the same as may be requisite.

IN WITNESS WHEREOF, the said Party of the First Part has set her hand(s) and seal(s) the year and day first above written.

_____          _____
Witness                                   SUNGAH PARK

State of
County of

I HEREBY CERTIFY that on this April   , 2006, before the subscriber, a Notary Public of the State aforesaid, personally appeared SUNGAH PARK (or satisfactorily proven) to be the person whose names is/are set forth in the within Deed, and did further acknowledge that she executed the foregoing Deed for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My Commission Expires:

This is to certify that the within instrument has been prepared (i) by or under the supervision of the undersigned Maryland attorney, or (ii) by a party to this instrument.

_____
David H. Sandler, Esq.
File No.: 06-2408

2

## ADDENDUM TO HUD-1 SETTLEMENT STATEMENT

**TAX ADJUSTMENTS:** If proration of taxes and assessments was made on estimates prior to receipt of actual bills, the parties hereto agree to adjust the prorations shown hereon when the actual bills are received. Payments of outstanding real estate taxes not paid at settlement are assumed by the purchaser.

**SUBJECT TO FINAL AUDIT:** All computations are subject to final audit. Any error discovered may be corrected by the Company in which event the parties hereto agree to immediately reimburse the Company for any error made in their favor, and for the cost of the collection of same, if necessary, including reasonable attorney's fees.

**EXISTING LIENS:** The Sellers certify that there are no bankruptcy proceedings, Deeds of Trusts, Mortgages, Special Assessments, or HOA Dues, levied or pending, or other liens affecting the property other than those shown on page 1 of hereof, and if there are such liens, the Sellers hereby guarantee payment and release of same.

The undersigned, for and in consideration of the Company's preparation of closing documents and the conducting of closing, agree, that if requested, they will fully cooperate, adjust and correct all TYPOGRAPHICAL OR CLERICAL ERRORS discovered in any or all of the closing documents executed by the undersigned at settlement. The undersigned appoint the Company and its designees as their attorney-in-fact to correct any such errors, place our initials on documents where changes are made, and/or sign our names to and acknowledge any document or form adjusting or correcting such errors.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

BUYER/BORROWERS                    SELLERS

_____          _____
JONATHAN C. DAILEY                 SUNGAH PARK

_____          _____

_____          _____

Buyer Phone # _____        Seller Phone # _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

SANDLER TITLE & ESCROW, LLC

_____          _____
SETTLEMENT AGENT                   DATE

CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL SETTLEMENT STATEMENT CONSISTING OF 3 PAGES. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

04/14/2006 05:48    2614288285    DHS & FREEDOM TITLE    PAGE 05/09

Doc# 2002111875

File No. 03-8131DH          $ 270,000.00:  Owner policy
DEED WARRANTY FORM D.C.          Chicago Title Insurance Company
0002540227

### SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED, made this 21st day of August, 2003, by
and between

Jonathan C. Dalley,

party of the first part, and

Sungah Park,

party of the second part.

WITNESSETH, that in consideration of the sum of TWO HUNDRED SEVENTY
THOUSAND AND 00/100 Dollars ($270,000.00), the party of the first part does hereby
grant unto the party of the second part, in fee simple, as sole owner, all that piece or
parcel of land, together with the improvements, rights, privileges and appurtenances to
the same belonging, situate in the District of Columbia, described as follows, to wit:

Lot 2217 in Square 1200

1080 Wisconsin Avenue, N.W., Unit 2006, Washington, DC 20007

Part of Lot 69 in Square 1200 in a subdivision made by Georgetown Park Associates, as per plat
recorded in Liber 167 at folio 171, among the Records of the Office of the Surveyor for the
District of Columbia.

The part of the land conveyed being more particularly designated as UNIT NO. 2006 of "The
GEORGETOWN PARK CONDOMINIUM", according to the Declaration of Condominium and
the By-laws relating thereto, recorded October 21, 1980 as Instrument Nos. 33628; as amended
and the By-Laws relating thereto recorded October 21, 1980 as Instrument 33629, as amended
among the Land records of the District of Columbia, and as per plat of Condominium
subdivision recorded in Condominium Book No. 27 at Page 8, as amended in The Office of the
Surveyor for The District of Columbia.

NOTE: At the dated hereof the above described land is designated on the Records of the
Assessor for the District of Columbia for assessment and taxation purposes as Lots 2217 in
Square 1200.

TOGETHER WITH all of the appurtenances incident to said Unit as set forth in the Declaration
of Condominium.

SUBJECT, HOWEVER, to all the provisions, restrictions, easements and conditions as set forth
in the Declaration of Condominium, the By-Laws relating thereto, and any and all amendments
thereto.

The condominium declaration allocated to the condominium unit an undivided interest (Stated as a Percentage) in the common Elements of the Condominium (Hereinafter called The Percentage Interest"). The Percentage interest of the Condominium unit is set forth in the Condominium Declaration.

AND the said party of the first part covenants that he will warrant specially the property hereby conveyed; and that he will execute such further assurances of said land as may be requisite.

WITNESS the hand and seal the day and year first hereinbefore written.

IN PRESENCE OF:

_____    _____ (SEAL)
                            Jonathan C. Dailey

DISTRICT OF COLUMBIA: ss

I, the undersigned Notary Public, in and for the jurisdiction aforesaid, do hereby certify that Jonathan C. Dailey, who is personally well known to me as the grantor in, and the person who executed the aforegoing and annexed deed, bearing the date of the 27th day of August, 2003, personally appeared before me in the said jurisdiction and acknowledged the said deed to be his act and deed.

Given under my hand and seal this 27th day of August, 2003.

_____
Notary Public

David G. Helfrich
Notary Public, District of Columbia
My Commission Expires: 07.31.2007

My Commission Expires:

AFTER RECORDING MAIL TO:
Avenue Settlement Corporation
2401 Pennsylvania Avenue, N.W.
Suite H
Washington, DC   20037
(202) 296-4500 or (301) 215-7510

GRANTEE'S ADDRESS:
5055 Collins Avenue
Miami Beach, FL  33140