EXHIBIT T

## James D. Sadowski

**From:**  Jonathan C. Dailey [Jonathan@ClearCreekPartners.com]
**Sent:**  Tuesday, April 11, 2006 11:32 PM
**To:**  James D. Sadowski
**Subject:** Agreement

My mortgage broker has my sole copy of the settlement agreement and has advised me that I am required to send the sales agreement by overnight mail.  You may disregard my earlier e-mail concerning notice, however, I stand by my other e-mails concerning our timeline to settlement and that your clients' timely cooperation is required and strictly construed.

Jonathan