IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN C. DAILEY,

    Plaintiff,

v.

SUNGAH PARK, et al.,

    Defendants.

Case No.: 1:05-CV-02012
Judge Ricardo M. Urbina

**<u>ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE CLOSING OF PROPERTY UNDER SETTLEMENT AGREEMENT, OR IN THE ALTERNATIVE, TO DECLARE SETTLEMENT AGREEMENT VOID AND PROCEED WITH LITIGATION</u>**

    This matter is before the Court on the Plaintiff's Motion to Enforce Closing Under Settlement Agreement, ("Motion") Or, In the Alternative, to Declare Settlement Agreement Void and Proceed with Litigation, and the Defendants' Opposition thereto. Upon a review of the record and the argument of the parties and counsel, the Court finds the Court finds no good cause exists to grant the relief requested.

    Accordingly, it is this _____ day of _____, 2006, hereby

    ORDERED, that the Motion be, and the same hereby is, DENIED; and it is

    FURTHER ORDERED, that this Court has determined that the Plaintiff has failed to strictly comply with the terms of the Settlement Agreement and that the Plaintiff has breached the Settlement Agreement; and it is

    FURTHER ORDERED, that in conformity with the Settlement Agreement, specifically Section 2, the Plaintiff has forever forfeited any right that he had to purchase the Property from the Defendants under the Contract, under the Settlement Agreement, or otherwise; and it is

LAW OFFICES
GREENSTEIN DELORME & LUCHS, P.C.
1620 L STREET, N. W.
SUITE 900
WASHINGTON, D.C. 20036-5605
AREA CODE 202-452-1400

FURTHER ORDERED, that all of the claims in this matter are hereby dismissed with prejudice, with the exception of the claim for possession asserted by the Defendants against the Plaintiff; and it is

FURTHER ORDERED, that a non-redeemable judgment for possession against the Plaintiff, which judgment Defendants may execute immediately upon without any right of appeal or redemption by Plaintiff, is hereby entered in favor of the Defendants; and it is

FURTHER ORDERED, that the funds currently on deposit with the Registry of this Court, pursuant to the Protective Order entered in this matter, are hereby released in favor of the Defendants; and it is

FURTHER ORDERED, that Defendants are awarded the costs and reasonable attorney's fees incurred in connection with this matter, and the same may be proven by application made to this Court.

_____
Judge Ricardo M. Urbina

COPIES TO:

James D. Sadowski, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W. - Suite 900
Washington, D.C.  20036-5605
*Counsel for Defendants*

Jonathan C. Dailey, Esq.
3 Bethesda Metro Center - Suite 530
Bethesda, MD  20814
*Pro Se Plaintiff*

288644v1