IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN C. DAILEY,

     *Plaintiff,*

v.

SUNGAH PARK, et al.,

     *Defendants.*

Case No.: 1:05-CV-02012
Judge Ricardo M. Urbina

### DEFENDANTS' SUPPLEMENT TO CORRECT MISTAKE IN THEIR OPPOSITION AND TO SUBSTITUTE A REVISED EXHIBIT

COME NOW THE DEFENDANTS, Sungah Park and Ayal Factor, by counsel, and hereby file their Supplement to Correct Mistake In Their Opposition and to substitute a Revised Exhibit ("Supplement"). In support of their Supplement, the Defendants state as follows:

1.     In their Opposition, the Defendants argued that the Plaintiff, Jonathan C. Dailey ("Mr. Dailey"), breached the Settlement Agreement by not providing the Sales Agreement and all other documents that the Defendants had to sign at closing at least seven days prior to the closing date (Thursday, April 27, 2006).

2.     Defendants' counsel argued that the deadline for Mr. Dailey to send all closing documents to Ms. Park was Thursday, April 20, 2006, which was seven <u>calendar</u> days before Thursday, April 27, 2006.

3.     Defendants' counsel was mistaken. Section 16 of the Settlement Agreement provides that Mr. Dailey had to provide all closing documents to Ms. Park seven <u>business</u> days before April 27, 2006. Seven <u>business</u> days before Thursday, April

LAW OFFICES
GREENSTEIN DELORME & LUCHS, P.C.
1620 L STREET, N. W.
SUITE 900
WASHINGTON, D.C. 20036-5605
AREA CODE 202-452-1400

27, 2006 was Tuesday, April 18, 2006 (Saturday, April 22, 2006 and Sunday, April 23, 2006 are excluded from the calculation as those days are not business days).

4.      This correction does not change the Defendants' substantive position because Mr. Dailey did not meet the seven calendar day deadline either (Thursday, April 20, 2006). However, Defendants' counsel felt it was necessary and appropriate to notify the Court and Mr. Dailey of this mistake as soon as possible.

5.      Defendants have attached to this Supplement a revised Exhibit S. Revised Exhibit S makes the correction from calendar days to business days.

WHEREFORE, Defendants respectfully request that this Court substitute the attached Exhibit S for the original Exhibit S filed with Defendants' Opposition on May 4, 2006.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

James D. Sadowski, No. 446635
1620 L Street, N.W. - Suite 900
Washington, D.C. 20036-5605
(202) 452-1400
*Counsel for Defendants*

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing Defendants' Supplement to Correct Mistake in Opposition and to Substitute a Revised Exhibit was filed electronically with the Court this 5th day of May, 2006 (hard copy to Chambers), and sent by first class mail and electronic mail (as indicated) to the following person(s)

> Jonathan C. Dailey
> 3 Bethesda Metro Center
> Suite 530
> Bethesda, MD 20814
> *Pro Se Plaintiff*
> *Jonathan@ClearCreekPartners.com*
>
> Jonathan C. Dailey
> 1610 Little Raven Street
> Unit 410
> Denver, CO 80212
> *Pro Se Plaintiff*

James D. Sadowski

288683v1

3