# SUBSTITUTE EXHIBIT S

**List of Closing Documents Not Timely Provided by Mr. Dailey**
**Under the Settlement Agreement**

| No. | Document Description | Last possible Date to Submit | Date Actually Received | On Time? (Yes/No) | Document Correct? (Yes/No) | Sent By FedEx? (Yes/No) | Breach? |
|---|---|---|---|---|---|---|---|
| 1 | Regional Sales Contract and Addenda | April 18, 2006 * | April 13, 2006 | Yes | No | Yes | Yes |
| 2 | Deed (draft) | April 18, 2006 * | April 13, 2006 | Yes | Not final | Yes | Yes |
| 3 | HUD-1 (Preliminary) | April 18, 2006 * | April 13, 2006 | Yes | No | Yes | Yes |
| 1 | Regional Sales Contract and Addenda (2nd submission) | April 18, 2006 * | April 18, 2006 | Yes | No | Yes | Debatable |
| 4 | DC Form FP7 (blank) | April 18, 2006 * | April 24, 2006 | No | No | No | Yes |
| 5 | Addendum to HUD-1 | April 18, 2006 * | April 24, 2006 | No | No | No | Yes |
| 6 | Selller's/Borrower's Affidavit | April 18, 2006 * | April 24, 2006 | No | No | No | Yes |
| 2 | Deed (final) | April 18, 2006 * | April 25, 2006 | No | No | No | Yes |
| 3 | Draft HUD-1 | April 18, 2006 * | April 26, 2006 | No | No | No | Yes |
| 3 | "Final" HUD-1 | April 18, 2006 * | April 27, 2006 6:25 PM | No | No | No | Yes |
| 4 | DC Form FP7 ("final") | April 18, 2006 * | April 28, 2006 9:48 AM | No | No | No | Yes |

* April 18, 2006 is seven business days before April 27, 2006.

**Summary of Mr. Dailey's Compliance/Noncompliance**

| | | Percent Compliance or Non-Compliance |
|---|---|---|
| Total Final Documents Submitted on Time to Ms. Park for signature | 0 out of 6 | 0.00% |
| Total Draft Documents submitted by FedEx | 3 out of 6 | 50.00% |
| Total Documents Not Submitted Properly (giving Mr. Dailey the benefit of the doubt on the Sales Contract and Deed) | 4 out of 6 | 67.00% |
| Total Documents Submitted Properly (giving Mr. Dailey the benefit of the doubt on the Sales Contract and Deed) | 2 out of 6 | 33.00% |

Mr. Dailey did not even achieve 50% compliance even though he was subject to a strict compliance (100%) standard. His failure rate is 67% (even if he is given the the benefit of the doubt).