## AFFIDAVIT OF DAVID H. SANDLER

I, David H. Sandler, state and declare under penalty of perjury based upon my own personal knowledge under the laws of the District of Columbia and those of the United States including but not limited to 28 U.S.C. §1624(d) that each of the following facts is true and correct to the best of my knowledge information and belief:

1. I have been a real estate attorney for ten years and I am currently employed by Sandler Title & Escrow and Freedom Title & Escrow located in Landover, Maryland.

2. On or about April 1, 2006 the affiant was asked to prepare a real estate contract and to conduct the settlement of the real property located at 1080 Wisconsin Avenue, N.W. #2006, Washington D.C. 20007.

3. The support staff of Sandler Title & Escrow acquired a title report on or about April 13, 2006 which referenced several liens and mortgages on title.

4. Sandler Title & Escrow was not able to acquire a written payoff statement from the seller's lender because the Defendant's counsel refused to provide David H. Sandler or its agents and employees of Sandler Title & Escrow, the Defendant's social security number. Moreover, the letter of authorization executed by the Defendant is deficient and could not be used by Sandler Title & Escrow because the Defendant dated the authorization for June, 2006 thereby making the authorization void.

5. I, David H. Sandler, asked via email and via telephonic communications to Jim Sadowski, Defendant's counsel, and informed him that the necessary information needed to move forward with settlement of the real property was exclusively in the control of the seller and I had to rely upon the seller and Mr. Sadowski's timely cooperation to secure the payoff information which did not occur.

6. I had several conversations with the Plaintiff and the Defendant's counsel regarding these deficiencies.

7. On April 27, 2006 at approximately 5:30 p.m., I received two written payoff statements and waited for lender's documents for the purchaser.

8. I, David H. Sandler, waited until 7:45 p.m. eastern standard time on Thursday April 27, 2006 for the borrower's loan documents which were to be transmitted via email only after written payoffs were provided because the borrower had negotiated the payment of the seller's pre-payment penalty.

9. On Thursday evening or Friday morning, loan documents for the borrower were emailed to Sandler Title & Escrow and at approximately 10:00 a.m., Jonathan C. Dailey visited Sandler Title & Escrow and I, David H. Sandler, conducted the closing.

10. As of May 2, 2006, the deed from the seller has not been transmitted and no funds have been disbursed to any and all parties including, but not limited to, secured creditors, judgment creditors and any vendors. Funds received by wire were returned in accordance with RESPA.

11. This information is true to the best of my knowledge information and belief.

Dated: May 2, 2006

DAVID H. SANDLER

State of Maryland             :
County of Prince George's     :

I HEREBY CERTIFY, that on this 2 day of May, 2006, before me, the subscriber, a Notary Public of the State of Maryland aforesaid, personally appeared DAVID H. SANDLER, known to me or satisfactorily proven to be the person(s) whose name(s) is subscribed to the within instrument and acknowledge that he executed the same for the purposes therein contained.

AS WITNESS: my hand and Notarial seal.

My Commission Expires: _____

Notary Public