# - Exhibit A -
# Rebuttal Memorandum





**WORLD SAVINGS**
*How may we help you?®*

Home
Loans ◀
My Loan Information
Home Loans
Refinancing
Equity Line of Credit
Common Questions
Terms & Definitions
Loans Contacts
Savings
Checking
Mutual Funds & Annuities
Online Banking
Careers
About Us

## Payoff Information

- World provides Payoff Statements only by fax or mail.
- Payoff requests normally require 10 calendar days to process. Requests received directly from World customers are given priority.
- Payoff Statements are typically valid for 10 calendar days. The actual expiration date will appear on your payoff statement.
- If you have an adjustable rate loan with an interest rate change pending, the quote will be held until the new rate takes effect. This could delay your payoff statement.

To request a Payoff Statement, please call **1-800-642-0257**, Monday through Friday 8 a.m. to 8 p.m., Saturday 8 a.m. to 5 p.m., Central Time.

### An Equity Line of Credit — the best choice for getting cash for whatever you need, whenever you need it

- Pay much lower interest than with other consumer loans
- Take advantage of interest that's usually tax deductible
- Borrow only the amount you need, when you need it

Find out how much you can borrow.

Loans Main Page

**Contact Us**
Call toll free:
**1-800-642-0257**

Mon-Fri 8-8
Sat 8-5
Central Time

Or e-mail us.

Home | Loans | Savings | Checking | Mutual Funds & Annuities | Online Banking | Careers
About Us | Help

© 2001-2006 World Savings. All Rights Reserved.
Terms of Use | Privacy, Security, and Fraud Prevention

