# - Exhibit B -
# Rebuttal Memorandum

**James D. Sadowski**

**From:** David Sandler [davidsandler@msn.com]
**Sent:** Wednesday, April 26, 2006 3:02 PM
**To:** James D. Sadowski
**Cc:** Jonathan@ClearCreekPartners.com
**Subject:** RE: Signed documents - Park


Dear Mr. Sadowski,

Please be advised that no settlement can take place without written payoff statements provided by your client's lender. In accordance with the Real Estate Settlement Procedures Act (RESPA) and since the pending federal litigation pertains to the transfer/sale of the real property, the final settlement statement which may become an exhibit in your litigation case must be correct.

Please hold the executed deed, and d.c. forms, and hud-addendum in your possession until a final settlement statement/HUD-1 can be properly prepared.

Please call me should you have any questions. I am,


Very truly yours,


David H. Sandler

>From: "James D. Sadowski" <JDS@gdllaw.com>
>To: <DavidSandler@msn.com>,<tabitha@iwantalowrate.com>
>CC: "Jonathan C. Dailey" <Jonathan@ClearCreekPartners.com>
>Subject: Signed documents - Park
>Date: Wed, 26 Apr 2006 12:34:06 -0400
>
>Mr. Sandler/Ms. Fitzgerald:
>
>I have received the original deed (notarized), Addendum, and
>Seller's/Borrower's Affidavit (notarized) signed by Ms. Park. Note
>that there is a Supplement to the Seller's/Borrower's Affidavit.
>
>I cannot release the Addendum, which certifies the accuracy of the
>HUD-1, as no one has sent me the updated HUD-1, even if it is just a
>draft. I also still have not received a completed DC FP-7 form. I
>have asked that these things be sent to me several times.
>
>1.  What is the time of the closing today and where will it take place?
>
>
>2.  To whom should the original materials be sent (need name, business
>name, compete address, and phone number)?
>
>3.  Please note that Ms. Park is a stay-at-home parent with several
>children. She does not have immediate access to modern office
>equipment and may need to go to FedEx/Kinkos to use their office
>equipment. If there are additional documents that she needs to sign,
>you will need to send those things to me with sufficient lead time
>(note that Ms. Park was supposed to have received all documents to be
>signed at closing at least seven days in advance of closing).
>Accordingly, I again request that I be provided with a copy/draft of
>all documents that Ms. Park needs to sign at closing.
>
>Please confirm receipt of this message.
>

1

```
>Jim
>
>Attachment - (a) Deed; (b) Seller's/Borrower's Affidavit and
>Supplement.
>
>
>
>
>James D. Sadowski, Esquire
>Greenstein DeLorme & Luchs, P.C.
>1620 L Street, N.W.
>Suite 900
>Washington, D.C.  20036
>Phone:  202.452.1400, x311
>Fax:  202.452.1410
>E-mail:   <mailto:jds@gdllaw.com> jds@gdllaw.com
>
>INTERNAL REVENUE SERVICE CIRCULAR 230 DISCLOSURE:  AS PROVIDED FOR IN
>TREASURY REGULATIONS, ADVICE (IF ANY) RELATING TO FEDERAL TAXES THAT IS
>CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) IS NOT INTENDED
>OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1)
>AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (2) PROMOTING,
>MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY PLAN OR ARRANGEMENT
>ADDRESSED HEREIN.
>
>


><< deedandaffidavit.pdf >>
```