# - Exhibit E -
# Rebuttal Memorandum

## James D. Sadowski

**From:** Jonathan C. Dailey [Jonathan@ClearCreekPartners.com]
**Sent:** Friday, April 21, 2006 1:10 PM
**To:** James D. Sadowski
**Subject:** Re: [BULK] text of letter to be sent

Jim,

I just left you a voice message. I spoke personnally with a World Savings representative. We must have signed authorization from Ms. Park to receive the pay off (we don't need her social). However, the turn around time will be beyond April 27th. The easiest way to get this pay off - and to get it turned around the sameday - is for Ms. Park simply to call World Savings and request that it be faxed to us (or you of you prefer). She may have to fax a letter making this request to (210) 509-1122. Please confirm that Ms. Park will do this simple step and we can get this matter behind us. Thank you.

Jonathan

> ----- Original Message -----
> **From:** James D. Sadowski
> **To:** Jonathan C. Dailey
> **Cc:** Jonathan Dailey
> **Sent:** Friday, April 21, 2006 9:22 AM
> **Subject:** [BULK] text of letter to be sent
>
> Jonathan:
>
> As discussed, here is the text of the letter that I will send once I received the signed sales contract.
>
> You should forward the World Savings info to your mortgage broker.
>
> Jim
>
> James D. Sadowski, Esquire
> Greenstein DeLorme & Luchs, P.C.
> 1620 L Street, N.W.
> Suite 900
> Washington, D.C. 20036
> Phone: 202.452.1400, x311
> Fax: 202.452.1410
> E-mail: jds@gdllaw.com
>
> =======================================
>
> April 21, 2006
>
>
>
> **_BY FEDEX_**
>
> Jonathan C. Dailey, Esq.
> Jonathan C. Dailey

5/11/2006

1610 Little Raven Street, Unit 410
Denver, CO  80212

**BY FIRST CLASS MAIL AND E-MAIL**
*Jonathan@ClearCreekPartners.com*

Jonathan C. Dailey, Esq.
Caplan, Buckner, Kostecka & Korteling, Chtd.
3 Bethesda Metro Center, Suite 530
Bethesda, MD  20814

       Re:    Jonathan C. Dailey v. Sungah Park, et al.
            Case No:  1:05-CV-2012 (Dist. Ct. D.C.)

Dear Jonathan:

This letter is a follow-up to our telephone call last night and today.  Enclosed please find a copy of the Regional Sales Contract ("Sales Contract") signed by Ms. Park.  I made the changes referenced in my April 20, 2006 letter and added some notations at the bottom of certain pages to ensure that the Sales Contract conforms with the Settlement Agreement.

With respect to your mortgage broker's claim that she needs Mr. Park's social security number to obtain the payoff figures, I do no believe that you have been given accurate information.  After our call last night I called the World Savings Customer Service tool free number, which is 1-800-642-0257.  Press "1" for payoff and then at the next query press "3."  Press "1" at the next query and you will hear the following:

> World only provides payoff amounts in writing.  Verbal payoff figures will not be quoted.  Payoff requests require ten business days to process.  Requests for adjustable rate loans with an interest rate change pending may be delayed until the new rate takes effect.  Please note that we are unable to provide third parties with the status of pending requests.  To receive a written payoff statement, please fax your request to area code 210-509-1122 or mail to World Savings, Attn: Payoff Dept. 4101 Wiseman Boulevard, Building 106, San Antonio, Texas 78251-4201.  <u>Please indicate the loan number, customer's name, property address, anticipated payoff date, and whether you would like the information returned by mail or by fax.</u>  Payoff statements returned by fax are assessed a $10 fax fee per request.  For wiring instructions, press 1.  To repeat this information, press 7.

You should call World Savings yourself to verify what I have quoted here.  According to World Savings, there is no need to provide the customer's social security number in order to obtain payoff figures.  All that needs to be provided is the <u>loan number, customer's name, property address, anticipated payoff date, and whether you would like the information returned by mail or by fax.</u>  The Defendants already gave you all the information that you need to obtain the payoff figures from World Savings.  It is your obligation under the Settlement Agreement (whether you delegate that to someone else is your business) to obtain the payoff information prior to the Outside Closing Date.

Finally, note that at this time the Defendants will withdraw any claim that you did not timely send them appropriate documentation in compliance with the Settlement Agreement.  However, should you fail to complete closing by April 27, 2006 at 6:00 p.m. for any reason, the Defendants reserve their

5/11/2006

right to use any evidence regarding your failure to strictly comply with the Settlement Agreement to enforce their rights -- should it come to that. I hope that it does not.

Please do not hesitate to contact me if you have any questions. Note also that it would be beneficial for you to provide me with an updated HUD-1 (even if it is subject to change) and a final deed (the first one that you sent me you said was a draft) so that I have that information sooner rather than later.

Very truly yours,

James D. Sadowski

JDS:287772v1

cc:   Mr. Ayal Factor (by e-mail w/encl.)
      Ms. Sung Ah Park (by e-mail w/encl.)
      Richard W. Luchs, Esq. (w/encl.)
      Judith R. Goldman, Esq. (w/encl.)