# EXHIBIT A

**James D. Sadowski**

**From:** Antoine de Carbonnel [adecarbonnel@gmail.com]
**Sent:** Friday, February 24, 2006 10:31 AM
**To:** James D. Sadowski
**Subject:** Re: contact info

Jim,

Here is how you spell my name: Antoine de Carbonnel.
My cell phone number: (917) 609 3002.

I moved in November 15th 2005.
I pay rent of $2250 per month to Schlosberg Properties.

Kevin Schlosberg
SCHLOSBERG Properties
kschlosberg@erols.com
O: 202-338-6943
F: 202-625-1253

Please keep me in the loop as much as possible.

Regards,

Antoine de Carbonnel


On 2/24/06, **James D. Sadowski** <JDS@gdllaw.com> wrote:

> Here is my contact info.
>
> Jim
>
> James D. Sadowski, Esquire
> Greenstein DeLorme & Luchs, P.C.
> 1620 L Street, N.W.
> Suite 900
> Washington, D.C. 20036
> Phone: 202.452.1400, x311
> Fax: 202.452.1410
>
> E-mail: jds@gdllaw.com
>
> *INTERNAL REVENUE SERVICE CIRCULAR 230 DISCLOSURE: AS PROVIDED FOR IN TREASURY REGULATIONS, ADVICE (IF ANY) RELATING TO FEDERAL TAXES THAT IS CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY PLAN OR ARRANGEMENT ADDRESSED HEREIN.*

6/2/2006