IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JONATHAN C. DAILEY,

      Plaintiff,

v.

SUNGAH PARK, et al.,

      Defendants.

Case No.: 1:05-CV-02012
Judge Ricardo M. Urbina

---

## ORDER REINSTATING PROTECTIVE ORDER PAYMENTS

This matter is before the Court on the Defendants' Motion To Reinstate Protective Order Payments, and the Plaintiff's Opposition thereto. Upon a review of the record and the argument of the parties and counsel, the Court finds that the protective order amount should be reinstated and increased.

Accordingly, it is this _____ day of _____, 2006, hereby

ORDERED, that the Plaintiff shall $2,867.01 per month into the Court Registry effective May 1, 2006 and continuing thereafter on a monthly basis on the fifth (5th) of each month thereafter until further order of this Court; and it is

FURTHER ORDERED, that the May 5, 2006 payment of $2,867.01 and the June 5, 2006 payment of $2,867.01 must be made within five (5) days from the date of this Order; and it is

FURTHER ORDERED, that the Clerk shall permit Plaintiff to make protective order payments by wire transfer or other electronic funds transfer; and it is

FURTHER ORDERED, that if the fifth (5th) of the month falls on a weekend or holiday, or the Court is closed for any other reason on the fifth (5th) of the month, the Plaintiff shall make

the applicable protective order payment into the Court Registry on the next day that the Court is open.

By entering this Order, the Court is not determining any party's rights with respect to the merits of the claims raised in the pending motions to enforce settlement agreement.

_____

Judge Ricardo M. Urbina

COPIES TO:

James D. Sadowski, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W. - Suite 900
Washington, D.C.  20036-5605
*Counsel for Defendants*

Jonathan C. Dailey, Esq.
3 Bethesda Metro Center - Suite 530
Bethesda, MD  20814
*Pro Se Plaintiff*

280119v2