

**WARRANT IN DEBT**
Commonwealth of Virginia VA. CODE § 16.1-79
Fairfax County
CITY OR COUNTY                                    General District Court

4110 Chain Bridge Road, Fairfax, VA 22030
STREET OF ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).
TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

6/21/06 at 9:30 a.m. to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

_____       [ ] CLERK  [ ] DEPUTY CLERK  [ ] MAGISTRATE
DATE ISSUED

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 7,017.46 net of any credits, with interest at 18 % from April 3, 2005 until paid.
           INTEREST RATE    DATE FROM WHICH IS DUE

$ 54.00 costs and $ 2,339.15 attorney's fees with the basis of this claim being
  COSTS              ATTORNEY FEE

[ ] Open Account  [x] Contract  [ ] Note  [ ] Other (EXPLAIN) _____

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [x] NO  [ ] cannot be demanded

5/3/06       _____signature_____
DATE          [ ] PLAINTIFF [x] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S EMPLOYEE

**CASE DISPOSITION**
[ ] JUDGMENT that the Plaintiff(s) recover against [ ] named Defendant(s) [ ] _____

$ _____ net of any credits, with interest at _____% from _____ until paid.
                                            INTEREST RATE  DATE FROM WHICH IS DUE

$ _____ costs and $ _____ attorney's fees
  COSTS              ATTORNEY FEES

HOMESTEAD EXEMPTION WAIVED?  [ ] YES  [ ] NO  [ ] CANNOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] _____

[ ] NON-SUIT  [ ] DISMISSED _____

Defendant(s) Present? [ ] YES _____
                       [ ] NO

[ ] Indemnifying bond $ _____ [ ] secured [ ] unsecured required for lost instrument
                                (Va. Code § 8.01-32)

_____         _____
   DATE                      JUDGE
FORM DC-412 (PAGE ONE OF TWO) 12/01 PDF

---

CASE NO. _____

Fares Raisa Inc. dba ServPro of N. Arlington
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

c/o Rich Greenberg Rosenthal & Costle, LLP

1199 N. Fairfax Street, Tenth Floor

Alexandria, VA 22314, 703-836-7441

v.

Dailey, Jonathan
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

1080 Wisconsin Avenue, #2006

Washington DC 20007

Service by Secretary of the Commonwealth

**WARRANT IN DEBT**
* * *

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.
[x] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars _____  _____
                   ORDERED    DUE

Grounds of Defense _____  _____
                   ORDERED    DUE

ATTORNEY FOR PLAINTIFF(S)

RICH GREENBERG ROSENTHAL & COSTLE LLP
1199 NORTH FAIRFAX ST
TENTH FLOOR
ALEXANDRIA, VA 22314-2928

ATTORNEY FOR DEFENDANT(S)
_____

---

HEARING DATE AND TIME
6/21/06
9:30

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

_____
DATE

_____
CLERK

**DISABILITY ACCOMMODATIONS**
for loss of hearing, vision, mobility, etc., contact the court ahead of time.



**MINKOFF COMPANY, INC.**
General Contractors
Property Restoration Specialists

5223 River Road
Bethesda, MD 20816-1495

(301) 656-0338 FAX
(301) 652-8711

# Invoice

| Invoice Date: | 10/17/2005 | | Service Date: | 3/21/2005 |
|---|---|---|---|---|

| Service Address: | Georgetown Park Condominiums<br>1080 Wisconsin Avenue Unit 2006<br>Washington, DC 20007 | Billing Address (if different from service address): | Dailey & Associates, CHTD<br>2900 M Street NW Suite 200<br>Washington, DC 20007<br>Attn: Mr. Dailey |
|---|---|---|---|

| Folio Number: | 6494 | Estimator/Super: | Scott Perdue |
|---|---|---|---|

| Service Description: | Repairs related to fire damage |
|---|---|

## Service Charges:

| Item | Date | Service Description | Amount |
|---|---|---|---|
| 1 | 6/24/05 | Change Order (Daily, Unit 2006) | $ 12,522.13 |
| 2 | 6/24/05 | Change Order (Daily, Unit 2006) | $ 1,808.95 |
| | | Subtotal: | $ 14,331.08 |

## Payments:

| Item | Date | Payment Description | Amount |
|---|---|---|---|
| 1 | 7/29/05 | Check # 17043869 | $ (7,165.54) |
| | | Subtotal: | $ (7,165.54) |
| | | Balance Due: | $ 7,165.54 |

**Attachments:**

All effort is made to ensure the completeness of each invoice. However, Minkoff Company, Inc. reserves the right to bill, at a later date, charges or services inadvertantly missing from this invoice.



**MINKOFF COMPANY, INC.**
General Contractors
Property Restoration Specialists
5223 River Road
Bethesda, MD 20816-1495
(301) 656-0338 FAX
(301) 652-8711

# Change Order

RECEIVED JUL 22 2005 By

(___) 370-5858

Date: Jun-24-2005

To: Georgetown Park Condominium
1080 Wisconsin Avenue NW Unit 2006
Washington, DC 20007
Attn: Mr. Dailey

Re: kitchen upgrade

## Change to Contract # 6494

In accordance with the construction work order, we propose to make the following changes in the subject contract:

| Code | Category | Description | Amount |
|---|---|---|---|
| CAB | SUB | Provide and install Armstrong cabinets Rutledge Maple-Natural per layout in kitchen | 5,493.00 |
| CTP | SUB | Provide and install Tan Brown Granite countertop with standard edge including a stainless steel undermount sink | 3,529.35 |
| APP | SUB | Provide and install GE JBP35SHSS range | 411.13 |
| PLM | SUB | Add to detach old sink and reconnect sink | 187.50 |
| PLM | SUB | Add to extend ice maker line | 217.50 |
| ELE | SUB | Add for wall outlets per code and for extra undercabinet lighting | 705.00 |
| TIL | SUB | Add to upgrade kitchen floor to Siracusa Brown Tile | 1,024.65 |
| DRY | SUB | Patch drywall and get ready for paint as needed | 375.00 |
| DMO | LAB | Remove old cabinets, countertop, and existing stove and dispose of them | 579.00 |
|  |  |  | 12,522.13 |

The contract has been increased/decreased by the amount indicated above. The change to contract incorporates all terms and provisions to the original agreement/work authorization. The credit or additional charge will be applied to your account and will be reflected in your final invoice.

If this change order meets with your approval, please sign below and return a copy of the ratified agreement to our office immediately. A deposit of 50% of the change order value is due upon ratification. The remainder is due upon completion of the change order scope of work.

_____
Customer Name

_____
Superintendent

7/14/05
Date





**MINKOFF COMPANY, INC.**
General Contractors
Property Restoration Specialists
5223 River Road
Bethesda, MD 20816-1495
(301) 656-0338 FAX
(301) 652-8711

# Change Order



RECEIVED JUL 22 2005 By _____

Date: Jun-24-2005

To: Georgetown Park Condominium
1080 Wisconsin Avenue NW Unit 2006
Washington, DC 20007
Attn: Mr. Dailey

Re: ☒  Floor upgrade

## Change to Contract # 6494

In accordance with the construction work order, we propose to make the following changes in the subject contract:

| Code | Category | Description | Amount |
|---|---|---|---|
| FCW | SUB | Add to upgrade living room and dining room floor to Mohawk"Monterey Oak Autumn | 1,808.95 |
| | | | **1,808.95** |

The contract has been increased/decreased by the amount indicated above. The change to contract incorporates all terms and provisions to the original agreement/work authorization. The credit or additional charge will be applied to your account and will be reflected in your final invoice.

If this change order meets with your approval, please sign below and return a copy of the ratified agreement to our office immediately. A deposit of 50% of the change order value is due upon ratification. The remainder is due upon completion of the change order scope of work.

_____
Customer Name

_____
Date

_____
Superintendent


PDF-XCHANGE Click to buy NOW! www.docu-track.com
PDF-XCHANGE Click to buy NOW! www.docu-track.com