# EXHIBIT 1

Case 1:05-cv-02012-RMU    Document 36-2    Filed 08/17/2006    Page 1 of 2

THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

RICHARD F. SILBER                )
                                 )
        Plaintiff,               )
                                 )
v.                               )   CA No.      05-0001110
                                 )   Calendar:   18
JONATHAN C. DAILEY               )
                                 )
        Defendant.               )

## AMENDED ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment it is this 16th day of March, 2006, nunc pro tunc to 10/11/05 ORDERED that the Plaintiff's Motion is hereby GRANTED; and it is further

ORDERED that judgment shall be entered in favor of Plaintiff against Defendant in the amount of $44,630.20, plus costs.

                                        _____
                                        Judge Evelyn B. Coburn
                                        Magistrate Judge, D.C. Superior Court

Copies to:   Jonathan C. Dailey, Esq.
             Caplan, Buckner & Kostecka
             3 Bethesda Metro Ctr, Ste 430
             Bethesda, MD  20814

             Charles H. Bogino, Esq.
             1875 Connecticut Ave, NW, #732
             Washington, DC  20009