# EXHIBIT 2

ORAL DEPOSITION OF JONATHAN C. DAILEY, ESQUIRE
CONDUCTED ON MONDAY, JUNE 27, 2005

4

C O N T E N T S

| | | PAGE |
|---|---|---|
| EXAMINATION OF JONATHAN C. DAILEY, ESQ. | | |
| By Mr. Gormly | | 5 |

E X H I B I T S

(Attached to the Transcript)

| DAILEY DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| No. 1 | 9/3/04 Praecipe | 7 |
| No. 2 | 8/19/04 Installment Promissory Note | 8 |

ORAL DEPOSITION OF JONATHAN C. DAILEY, ESQUIRE
CONDUCTED ON MONDAY, JUNE 27, 2005

5

```
 1                    P R O C E E D I N G S
 2              JONATHAN C. DAILEY, ESQ.
 3      having been duly sworn, testified as follows:
 4         EXAMINATION BY COUNSEL FOR THE PLAINTIFF
 5   BY MR. GORMLY:
 6         Q    Good afternoon, sir.
 7         A    Good afternoon.
 8         Q    Could you state your name for the record?
 9         A    Jonathan Dailey, D-A-I-L-E-Y.
10         Q    Mr. Dailey, as you know we represent Richard
11   Silber and Richard Silber, PC in a collection action
12   that's been filed against you.  I have a few questions
13   for you.
14              What's your business address, sir?
15         A    Business address -- well, actually just
16   changed.  Now it's at 3 Bethesda Metro Center, the law
17   firm of Caplan, Buckner & Kostecka, Suite 430, Bethesda,
18   Maryland 20814.
19         Q    Are you an employee of that firm?
20         A    No, of counsel.
21         Q    What's your Social Security number, sir?
22         A    ████████████ (redacted by JS)
```

```
 1      Q    You're an attorney?

 2      A    I am.

 3      Q    What's the nature of your practice?

 4      A    Personal injury, med mal, co-defense.

 5      Q    Are you a member of the D.C. Bar?

 6      A    Yes, sir.

 7      Q    What's your D.C. Bar number?

 8      A    448141.

 9      Q    Where did you attend law school?

10      A    American.

11      Q    Me too.  You're outnumbered, Charlie.

12           Are you having any difficulty understanding
13 my questions today?

14      A    No, sir.

15      Q    Are you the subject of any incompetency or
16 mental health actions that would make it difficult for
17 you to understand my questions?

18      A    Only if you ask my friends.  No, I'm not.
19 I'm not subject to any incompetency problems.

20      Q    Are you currently a defendant in any lawsuit
21 other than this one?

22      A    No, sir.
```

ORAL DEPOSITION OF JONATHAN C. DAILEY, ESQUIRE
CONDUCTED ON MONDAY, JUNE 27, 2005

7

```
 1         Q     Have you ever filed bankruptcy?
 2         A     No.
 3         Q     Are you currently under any intention to file
 4   bankruptcy?
 5         A     No.
 6         Q     Would you agree with me that sometime in 2004
 7   a dispute arose between you and the plaintiff with
 8   regards to some money that had been lent to you by
 9   Mr. Silber or by Mr. Silber's firm?
10         A     Lent slash invested, yes.  I can't swear to
11   the date though.
12         Q     And would you agree with me that out of that
13   dispute a suit was filed against you in the Superior
14   Court of the District of Columbia, Case Number 04ca4207?
15         A     Yes.
16         Q     And would you agree with me that the amount
17   that was then in dispute was $44,871?
18         A     Yes.
19         Q     Would you agree with me that that suit was
20   settled and dismissed?
21         A     Yes.
22               (Dailey Deposition Exhibit Number 1 was
```

ORAL DEPOSITION OF JONATHAN C. DAILEY, ESQUIRE
CONDUCTED ON MONDAY, JUNE 27, 2005

8

1   marked for identification and attached to the
2   transcript.)
3   BY MR. GORMLY:
4       Q    I'm going to show you what the court reporter
5   marked as Plaintiff's Exhibit Number 1.
6            That's the Praecipe of dismissal, correct?
7       A    That's correct.
8       Q    And would you agree with me that that
9   settlement agreement was memorialized in an installment
10  promissory note?
11      A    Yes.
12           (Dailey Deposition Exhibit Number 2 was
13  marked for identification and attached to the
14  transcript.)
15  BY MR. GORMLY:
16      Q    I'm going to show you what's been marked as
17  Plaintiff's Exhibit Number 2.
18           Is that a true and accurate copy of the note?
19      A    Appears to be, yes.
20      Q    And is that your signature on page two?
21      A    Yes, it is.
22      Q    And you were signing both for yourself and

1    for your professional practice it appears?

2    A    It appears.

3    Q    Were any payments made on the note?

4    A    I believe two, maybe three if I can recall.

5    Q    Do you know the amount of payments that were
6    made?

7    A    I don't.

8    Q    Do you know the manner of payment meaning by
9    check, money order?

10   A    Check.

11   Q    Do you know from where those checks would
12   have been written?

13   A    I think off of my management account.

14   Q    And where is that?

15   A    Well, you have the check, right? I mean I'm
16   assuming you have the check but those checks are written
17   off of BB&T.

18   Q    And you don't know when those two or three
19   payments would have been made?

20   A    I can't recall.

21   Q    Do you know if any of the payments were made
22   in 2005 or were they all made in 2004?

ORAL DEPOSITION OF JONATHAN C. DAILEY, ESQUIRE
CONDUCTED ON MONDAY, JUNE 27, 2005

10

1    A    There may have been one in '05 but I don't
2  know.  I can't recall.
3         MR. GORMLY:  I don't have any further
4  questions.  Thank you.
5         THE WITNESS:  My pleasure.
6         MR. GORMLY:  Do you want to read or waive?
7         THE WITNESS:  I'll waive reading.
8         (Signature having been waived, the deposition
9  of JONATHAN C. DAILEY, ESQ. was concluded at 1:26 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22

11

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2         I, Vicki L. Forman, Court Reporter, the

3  officer before whom the foregoing proceedings were

4  taken, do hereby certify that the foregoing transcript

5  is a true and correct record of the proceedings; that

6  said proceedings were taken by me stenographically and

7  thereafter reduced to typewriting under my supervision;

8  and that I am neither counsel for, related to, nor

9  employed by any of the parties to this case and have no

10 interest, financial or otherwise, in its outcome.

11        IN WITNESS WHEREOF, I have hereunto set my

12 hand and affixed my notarial seal this 11th day of July

13 2005.

14 My Commission Expires:

15 June 14, 2007

16

17 *[signature: Vicki L. Forman]*

18 NOTARY PUBLIC IN AND FOR

19 THE DISTRICT OF COLUMBIA

20

21

22