# EXHIBIT 3

# Superior Court of the District of Columbia
## CIVIL DIVISION

### PRAECIPE

FILED
IN OPEN COURT
SEP 3 – 2004
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

☒ CIVIL ACTION JM-170          The 3rd Day of Sept, 2004
☐ LANDLORD AND TENANT JM-255
☐ SMALL CLAIMS JM

Richard L. Silber PC
_Plaintiff_                         vs.

Jonathan C Daley
_Defendant_

Case Number: 04-CA-4207

The Clerk of said Court will _kindly dismiss this matter without prejudice, as settled..._

| Attorney for Defendant | Attorney for Plaintiff |
|---|---|
|  | Charles F. Gormly |
| Address | Address |
|  | 1875 Conn. Ave NW #1250 |
|  | WDC 20009 |
| Phone No. / Bar No. | Phone No. 202/265-7755 / Bar No. 452120 |

Form CV-358/Jul. 00

Dailey
EXHIBIT NO. 1
DATE 6-27-05
REPTR VLF
L.A.D. REPORTING