# EXHIBIT 5

Case 1:05-cv-02012-RMU    Document 36-6    Filed 08/17/2006    Page 1 of 2

United States of America  
District of Columbia  

Case No.: M1262-05  
PDID No.: 570,466  

vs.  

Jonathan Dailey  

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of Count "A" Simple Assault

~~and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of~~ and is guilty of the offense(s) charged, and is hereby SENTENCED to

One day in jail, Execution of Sentence Suspended Unsupervised Probation (30) days

_____ applies to the sentence imposed

☐ **MANDATORY MINIMUM** term of _____

☐ **MANDATORY MINIMUM** term does not apply.

☐ **ORDERED** that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ **ORDERED** that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☒ **ORDERED** that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further **ORDERED** that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☒ Treatment for ☒ alcohol problems ☐ drug dependency or abuse as follows: Complete Alcohol treatment Program & show Completion Certificate to the court.

☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____ (see reverse side for payment instructions.)

☐ The Court will distribute monies to _____

Costs in the aggregate amount of $ 50.00 _____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid.

**ORDERED** that the Clerk deliver a true copy of this order to appropriate, authorized official(s) and that the copy shall serve the commitment/order for the defendant.

August 16, 2005  
Date

_Wendell P. [signature]_  
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

August 16, 2005  
Date

_[signature]_  
Deputy Clerk

Form CD(18)-1040/Oct. 01