UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JONATHAN C. DAILEY, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-2012 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 24, 32, 37 |
| | : | | |
| SUNGAH PARK, | : | | |
| AYAL FACTOR, | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

**DENYING THE PLAINTIFF'S MOTION TO ENFORCE; DENYING THE DEFENDANTS' MOTION FOR PROTECTIVE ORDER REINSTATEMENT; DENYING THE PLAINTIFF'S MOTION TO STRIKE; HOLDING THIS CASE IN ABEYANCE**

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 8th day of January, 2007, it is hereby

**ORDERED** that the plaintiff's motion to enforce is **DENIED**, and it is

**FURTHER ORDERED** that the defendant's motion for protective order reinstatement is **DENIED**, and it is

**ORDERED** that the plaintiff's motion to strike is **DENIED**, and it is

**FURTHER ORDERED**, that this case be held in abeyance pending resolution of the controversy surrounding the parties' settlement agreement.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge