UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JONATHAN C. DAILEY,

                                          CASE NO.:05-2012 (RMU)

       PLAINTIFF,

VS.                                              NOTICE OF APPEARANCE

SUNGAH PARK AND AYAL FACTOR,

       DEFENDANTS.
_____/

      COMES NOW, Montgomery Blair Sibley, and notices his appearance for Defendants Sungah Park and Ayal Factor in this matter.

### CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served pursuant to LcvR 5.4(d) upon Jonathan C. Dailey and James Sadowski this January 30, 2007.

                                              **MONTGOMERY BLAIR SIBLEY**
                                              *Attorney for Defendants*
                                              50 West Montgomery Avenue, Suite B-4
                                              Rockville, MD 20850-4216
                                              Voice/Fax:    (202) 478-0371

                                              By:   /s/ Montgomery Blair Sibley
                                                      Montgomery Blair Sibley
                                                      D.C. Bar #464488