UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JONATHAN C. DAILEY,

        PLAINTIFF,

CASE NO.:05-2012 (RMU)

VS.

NOTICE OF WITHDRAWAL OF APPEARANCE

SUNGAH PARK AND AYAL FACTOR,

        DEFENDANTS.

_____/

    James Donald Sadowski, counsel for Defendants, gives notice that as no trial date has been set, on behalf of himself and Greenstein, Delorme & Luchs withdraws his appearance in this action as another attorney has previously entered an appearance on behalf of the Defendants.

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing was served pursuant to LcvR 5.4(d) upon Jonathan C. Dailey. *

JAMES DONALD SADOWSKI
Greenstein, Delorme & Luchs
1620 L Street, N.W.
Suite 900
Washington, DC 20036
(202) 452-1400 ext x311

By: _____
    James Donald Sadowski

D.C. Bar # 446635

By: _____
    SUNGAH PARK

By: _____
    AYAL FACTOR

* See page 2 *

## ADDIITIONAL CERTIFICATE OF SERVICE

I CERTIFY THAT a true copy of the foregoing Notice of Withdrawal of Appearance ("Notice") was filed electronically with the Court this 6th day of February and should therefore be sent to the Plaintiff, Jonathan C. Dailey, by e-mail by the Court's Electronic Case Filing System. I also mailed a copy of the Notice by first class mail, postage prepaid, to Mr. Dailey and each Defendant at the addresses listed below:

>Jonathan C. Dailey
>ClearCreek Partners Headquarters
>1610 Wynkoop Suite 150
>Denver, Colorado 80202
>
>Jonathan C. Dailey
>ClearCreek Partners - East Coast Office
>3 Bethesda Metro Center
>Suite 530
>Bethesda, Maryland 20814
>
>Jonathan C. Dailey
>c/o Caplan, Buckner, Kostecka & Korteling, Chtd.
>3 Bethesda Metro Center
>Suite 530
>Bethesda, MD 20814
>*Pro Se Plaintiff*
>
>Ms. Sungah Ah Park
>5055 Collins Avenue
>Apt 6C
>Miami Beach, FL 33140
>
>Mr. Ayal Factor
>5055 Collins Avenue
>Apt 6C
>Miami Beach, FL 33140

_____   2/7/7
James D. Sadowski