UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JONATHAN C. DAILEY,

    PLAINTIFF,

VS.

SUNGAH PARK AND AYAL FACTOR,

    DEFENDANTS.
_____/

CASE NO.:05-2012 (RMU)

NOTICE OF FILING JOINT MOTION FOR PAYMENT OF ESCROW FUNDS AND NOTICE OF DISMISSAL BY STIPULATION

COMES NOW, Montgomery Blair Sibley, and files the attached Joint Motion for Payment of Escrow Funds and Notice of Dismissal by Stipulation and requests that the Court entered the proposed attached order.

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served pursuant to LcvR 5.4(d) upon Jonathan C. Dailey and James Sadowski this April 2, 2007.

                                  MONTGOMERY BLAIR SIBLEY
                                  *Attorney for Defendants*
                                  50 West Montgomery Avenue, Suite B-4
                                  Rockville,  MD 20850-4216
                                  Voice/Fax:     (202) 478-0371


                                  By:   /s/ Montgomery Blair Sibley
                                        Montgomery Blair Sibley
                                        D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JONATHAN C. DAILEY,

        PLAINTIFF,

vs.

SUNGAH PARK AND AYAL FACTOR,

        DEFENDANTS.

CASE No.:05-2012 (RMU)

JOINT MOTION FOR PAYMENT OF ESCROW FUNDS AND NOTICE OF DISMISSAL BY STIPULATION

Plaintiff, Jonathan C. Dailey and Defendants Sungah Park and Ayal Factor, being all the parties who have appeared in this action move for an order directing payment of the funds being held by the clerk in the Court Registry and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), hereby voluntarily dismiss this action with prejudice, and for grounds in support state:

1. By separate agreement, the parties have resolved their differences.

2. The Clerk is holding approximately six thousand dollars ($6,000) in the Court registry which the parties hereto agree should be paid to Sungah Park.

3. As a result of the separate agreement, the parties jointly have stipulated to dismiss this action.

WHEREFORE, the parties to this action jointly request an order (i) dispensing the funds held in the Court Registry to Defendant Sungah Park and (ii) dismissing this action with prejudice.

_____
Jonathan C. Dailey
Dated: 3/28/07

_____
Sungah Park
Dated: 3/28/07

_____
Ayal Factor
Dated: 3/29/07

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JONATHAN C. DAILEY,

        PLAINTIFF,

vs.

SUNGAH PARK AND AYAL FACTOR,

        DEFENDANTS.
_____/

CASE NO.:05-2012 (RMU)

ORDER ON JOINT MOTION FOR PAYMENT OF ESCROW FUNDS AND NOTICE OF DISMISSAL BY STIPULATION

Upon consideration of the parties Joint Motion for Payment of Escrow Funds and Notice of Dismissal by Stipulation, and it appearing to the Court that the motion should be granted, it is hereby:

ORDERED that the Clerk of Court is directed to pay the total sum held in the Court Registry in this matter to Sungah Park, and it is further

ORDERED, that this matter is dismissed with prejudice.


Dated: _____        _____
                                                                          United States District Court Judge


cc:    Jonathan C. Dailey
        Montgomery Blair Sibley